

ORIGINAL

TODD W. EDDINS, #5544
1001 Bishop Street
Pauahi Tower, Suite 1320
Honolulu, Hawaii 96813
Telephone No. 808 538.1110
Facsimile No. 808 528.2440
E-Mail: Eddins@Eddinsdefense.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 3 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

Attorney for Defendant James Troiano

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00261 HG |
| Plaintiff, | ) |
| | ) NOTICE OF MOTION; MOTION IN |
| | ) LIMINE TO EXCLUDE EVIDENCE |
| vs. | ) RELATING TO THE PREDICATE |
| | ) FELONY OFFENSE FOR COUNT |
| JAMES TROIANO, (01) | ) IV – FELON IN POSSESSION OF |
| | ) FIREARM; MEMORANDUM OF |
| Defendant. | ) LAW IN SUPPORT OF MOTION; |
| | ) CERTIFICATE OF SERVICE |
| | ) |
| | ) Date: March 23, 2006 |
| | ) Time: 9:00 a.m. |
| | ) Judge: HELEN GILLMOR |
| | ) |

NOTICE OF MOTION

TO:   CLAIRE CONNORS
      Assistant United States Attorney
      Room 6100, PJKK Federal Building
      300 Ala Moana Blvd.
      Honolulu, Hawaii 96850

PLEASE TAKE NOTICE that the following motion will be heard before the Honorable Judge Helen Gillmor in her courtroom in the United States Courthouse, 300 Ala Moana Boulevard, on March 23, 2006 at 9:00 a.m.

DATED: Honolulu, Hawaii February 23, 2006.

_____
TODD EDDINS
Attorney for Defendant James Troiano

Todd Eddins #5544
1001 Bishop Street
Pauahi Tower, Suite 1320
Honolulu, Hawaii 96813
Telephone No. 808 538.1110
Facsimile No. 808 528.2440
E-Mail: Eddins@Eddinsdefense.com

Attorney for Defendant James Troiano

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00261 HG |
| Plaintiff, | ) |
| vs. | ) MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO THE PREDICATE FELONY OFFENSE FOR COUNT IV – FELON IN POSSESSION OF FIREARM |
| JAMES TROIANO, (01) | |
| Defendant. | |
| | ) Date: March 23, 2006 |
| | ) Time: 8:30 a.m. |
| | ) Judge: HELEN GILLMOR |

**MOTION IN LIMINE TO EXCLUDE EVIDENCE RELATING TO THE PREDICATE FELONY OFFENSE FOR COUNT IV – FELON IN POSSESSION OF FIREARM**

Defendant James Troiano, by and through counsel Todd Eddins, moves the Court for an order excluding evidence of his prior burglary conviction(s).

This motion is based on Federal Rules of Evidence Rule 403, the

Memorandum of Law in Support of Motion, and <u>Old Chief v. United States</u>, 519 U.S. 172 (1997).

        DATED:    Honolulu, Hawaii, February 23, 2006

                                /s/ Todd Eddins
                              TODD EDDINS
                              ATTORNEY FOR JAMES TROIANO