Todd Eddins #5544
1001 Bishop Street
Pauahi Tower, Suite 1320
Honolulu, Hawaii 96813
Telephone No. 808 538.1110
Facsimile No. 808 528.2440
E-Mail: Eddins@Eddinsdefense.com

Attorney for Defendant James Troiano

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00261 HG |
| Plaintiff, | ) MEMORANDUM OF LAW IN SUPPORT OF MOTION |
| vs. | ) |
| JAMES TROIANO, (01) | ) |
| Defendant. | ) |

## MEMORANDUM OF LAW IN SUPPORT OF MOTION

The defense offers to stipulate that he has been convicted of a felony and that the State has proven one of the essential elements of count IV, felon in possession of a firearm, 18 U.S.C. 922(g)(1).

In <u>Old Chief</u>, the United States Supreme Court held in a prosecution of an

alleged felon for firearm possession, that the trial court abused its discretion in allowing evidence of the name and nature of a prior assault offense, where the defendant had offered to stipulate to the prior conviction. The basis of the Court's decision was that the risk of unfair prejudice to the defendant from such evidence of the name and nature of the prior offense would be substantial and lure a juror into a sequence of bad-character reasoning. The Supreme Court reasoned that the risk that a jury would convict for crimes other than those charged -- or that the jury, uncertain of guilt, will convict anyway because a bad person deserves punishment -- created a prejudicial effect that outweighs probative value under FRE Rule 403, when an admission from the defendant was available.

In the felon in possession charge in count IV, the unfair prejudice of adducing evidence of a prior burglary charge to simply establish that the defendant has previously been convicted of a felony, substantially outweighs the evidence's probative value. Consequently, based on HRE Rule 403 and Old Chief, such evidence should be excluded.

DATED: Honolulu, Hawaii, February 23, 2006.

BY: _____
TODD EDDINS

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the following parties via hand delivery on February 23, 2006.


CLARE CONNORS
Assistant United States Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850


PAMELA TAMASHRIO
Ocean View Center
707 Richards Street, PH 7
Honolulu, Hawaii 96813

Attorney for DEFNDANT WENDELL TOKI


DATED: Honolulu, Hawaii, February 23, 2006

_____
TODD EDDINS
ATTORNEY FOR JAMES TROIANO