

ORIGINAL

TODD W. EDDINS, #5544
1001 Bishop Street
Pauahi Tower, Suite 1320
Honolulu, Hawaii 96813
Telephone No. 808 538.1110
Facsimile No. 808 528.2440
E-Mail: Eddins@Eddinsdefense.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 3 2006

at  1  o'clock and  07  min.  P  M
SUE BEITIA, CLERK

Attorney for Defendant James Troiano

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 05-00261 HG |
|---|---|
| Plaintiff, | ) |
| | ) NOTICE OF MOTION; MOTION IN |
| | ) LIMINE TO STRIKE "AKA JOHN |
| vs. | ) KLATT" FROM THE INDICMENT |
| | ) AND CAPTION OF CR. NO. 05- |
| JAMES TROIANO, (01) | ) 0026; MEMORANDUM OF LAW |
| | ) IN SUPPORT OF MOTION; |
| Defendant. | ) CERTIFICATE OF SERVICE |
| | ) |
| | ) Date: March 23, 2006 |
| | ) Time: 8:30 a.m. |
| | ) Judge: HELEN GILLMOR |
| | ) |

NOTICE OF MOTION

TO:  CLAIRE CONNORS
     Assistant United States Attorney
     Room 6100, PJKK Federal Building
     300 Ala Moana Blvd.
     Honolulu, Hawaii 96850

PLEASE TAKE NOTICE that the following motion will be heard before the Honorable Judge Helen Gillmor in her courtroom in the United States Courthouse, 300 Ala Moana Boulevard, on March 23, 2006 at 8:30 a.m.

DATED: Honolulu, Hawaii February 23, 2006.

_____
TODD EDDINS
Attorney for Defendant James Troiano

TODD W. EDDINS, #5544
1001 Bishop Street
Pauahi Tower, Suite 1320
Honolulu, Hawaii 96813
Telephone No. 808 538.1110
Facsimile No. 808 528.2440
E-Mail: Eddins@Eddinsdefense.com

Attorney for Defendant James Troiano

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00261 HG |
| | ) | |
| Plaintiff, | ) | MOTION IN LIMINE TO |
| | ) | STRIKE "AKA JOHN KLATT" |
| vs. | ) | FROM THE INDICMENT AND |
| | ) | CAPTION OF CR. NO. 05-0026; |
| JAMES TROIANO, (01) | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

### MOTION IN LIMINE TO STRIKE "AKA JOHN KLATT" FROM THE INDICMENT AND CAPTION OF CR. NO. 05-00261

Defendant No. 01 JAMES TROIANO (Troiano), by and through his counsel, Todd Eddins, hereby moves this Honorable Court for an order striking "AKA John Klatt" from the indictment and caption of Cr. NO. 05-00261.

This motion is based on Federal Rules of Criminal Procedure Rules 7, 8(d), 12 and 47, Federal Rules of Evidence 403, the Fifth Amendment to the United States Constitution, the attached Memorandum of Law in Support of Motion, and any evidence or argument by counsel at the hearing on the motion.

DATED: Honolulu, Hawaii: February 23, 2006

_____
Todd Eddins
Attorney for Defendant James Troiano

2