ORIGINAL

TODD W. EDDINS, #5544
1001 Bishop Street
Pauahi Tower, Suite 1320
Honolulu, Hawaii 96813
Telephone No. 808 538.1110
Facsimile No. 808 528.2440
E-Mail: Eddins@Eddinsdefense.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 4 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

Attorney for Defendant James Troiano

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 05-00261 HG |
|---|---|
| Plaintiff, | ) NOTICE OF MOTION; MOTION TO COMPEL DISCOVERY; MEMORANDUM OF LAW IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE |
| vs. | |
| JAMES TROIANO, (01) | |
| Defendant. | ) Date: March 17, 2006<br>) Time: 9:00 a.m.<br>) Judge: HELEN GILLMOR |

## NOTICE OF MOTION

TO:  CLAIRE CONNORS
     Assistant United States Attorney
     Room 6100, PJKK Federal Building
     300 Ala Moana Blvd.
     Honolulu, Hawaii 96850

PLEASE TAKE NOTICE that the following motion will be heard before the Honorable Judge Helen Gillmor in her courtroom in the United States Courthouse, 300 Ala Moana Boulevard, on March 17, 2006 at 9:00 a.m.

DATED: Honolulu, Hawaii February 23, 2006.

TODD EDDINS
Attorney for Defendant James Troiano

TODD W. EDDINS, #5544
1001 Bishop Street
Pauahi Tower, Suite 1320
Honolulu, Hawaii 96813
Telephone No. 808 538.1110
Facsimile No. 808 528.2440
E-Mail: Eddins@Eddinsdefense.com

Attorney for Defendant James Troiano

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00261 HG |
| ) | |
| Plaintiff, ) | MOTION TO COMPEL |
| ) | DISCOVERY |
| vs. ) | |
| ) | |
| JAMES TROIANO, (01) ) | Date: March 17, 2006 |
| ) | Time: 9:00 a.m. |
| Defendant. ) | Judge: Honorable Helen Gillmor |
| ) | |
| ) | |

## MOTION TO COMPEL DISCOVERY

Defendant No. 01 JAMES TROIANO (Troiano), by and through his counsel, Todd Eddins, hereby moves this Honorable Court for an order requiring the prosecution to provide the specified discovery materials and all other discovery materials provided by law.

This motion is based on Federal Rules of Criminal Procedure Rules 16 and 47, and the Fifth and Sixth Amendments to the United States Constitution, the attached Memorandum of Law in Support of Motion, and the arguments by counsel at the hearing on the motion.

DATED: Honolulu, Hawaii: February 23, 2006

_____
Todd Eddins
Attorney for Defendant James Troiano