EDWARD H. KUBO, JR.    #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON    #4532
Chief, Major Crimes

WES R. PORTER    #7698
CLARE E. CONNORS    #7936
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:    541-2850
facsimile:    541-2958
e-mail:       wes.porter@usdoj.gov
              clare.connors@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 05 2005

at __ o'clock and __ min. __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00261 HG |
|---|---|---|
| Plaintiff, | ) | SUPERSEDING INDICTMENT |
| vs. | ) | Counts 1 & 2: 18 U.S.C. §§ 1951 and 2 |
| JAMES TROIANO,        (01) | ) | Count 3: 18 U.S.C. § 924(c) |
| also known as: "JOHN KLATT," | ) | Count 4: 18 U.S.C. §§ 922(g)(1) and 924(e) |
| WENDELL K. TOKI,      (02) | ) | |
| Defendants. | ) | |

### SUPERSEDING INDICTMENT

#### COUNT 1
(18 U.S.C. §§ 1951 and 2)
(Conspiracy to Commit Hobbs Act Robbery)

The Grand Jury charges that:

From dates unknown to the Grand Jury to on or about May 9, 2005, in the District of Hawaii, the defendants JAMES TROIANO,


EXHIBIT A

also known as "JOHN KLATT," and WENDELL K. TOKI, did unlawfully, knowingly, and willfully conspire with others known and unknown to the Grand Jury to obstruct and affect commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully, knowingly, and willfully take and obtain personal property consisting of money from the person and in the presence of M.A., the owner of Agader-Silva, Incorporated, doing business as "The Brown Bottle," which engages in interstate commerce, against his will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person.

All in violation of Title 18, United States Code, Sections 1951 and 2.

**COUNT 2**
(18 U.S.C. §§ 1951 and 2)
(Hobbs Act Robbery)

The Grand Jury further charges that:

On or about May 9, 2005, in the District of Hawaii, the defendants JAMES TROIANO, also known as "JOHN KLATT," and WENDELL K. TOKI, did unlawfully, knowingly, and willfully obstruct and affect with others known and unknown to the Grand Jury, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such

commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully, knowingly, and willfully take and obtain personal property consisting of money from the person and in the presence of M.A., the owner of Agader-Silva, Incorporated, doing business as "The Brown Bottle," which engages in interstate commerce, against his will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person.

All in violation of Title 18, United States Code, Sections 1951 and 2.

### COUNT 3
(18 U.S.C. § 924(c))
(Use of Firearm During Hobbs Act Robbery)

The Grand Jury further charges that:

On or about May 9, 2005, in the District of Hawaii, the defendant JAMES TROIANO, also known as "JOHN KLATT," did knowingly carry and brandish a firearm, to wit: a Colt .45 black pistol bearing serial number #CLW23025, during and in relation to a crime of violence, as that term is defined in Title 18, United States Code, Section 924(c)(3), to wit: conspiracy and Hobbs Act robbery as charged in Counts 1 and 2 of this Superseding Indictment and incorporated herein by reference.

All in violation of Title 18, United States Code, Sections 924(c).

**COUNT 4**
(18 U.S.C. §§ 922(g)(1) and 924(e))
(Felon in Possession of a Firearm)

The Grand Jury further charges that:

On or about May 9, 2005, in the District of Hawaii, defendant, JAMES TROIANO, also known as "JOHN KLATT," having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit: a Colt .45 black pistol bearing serial number #CLW23025.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)).

DATED: OCT 0 5 2005, 2005 at Honolulu, Hawaii.

A TRUE BILL

_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD JOHNSON
Chief, Major Crimes

_____
WES R. PORTER
CLARE E. CONNORS
Assistant U.S. Attorneys