# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/6/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 05-00261HG |
| CASE NAME: | USA vs. (01) JAMES TROIANO, aka "John Klatt"<br>USA vs. (02) WENDELL K. TOKI |
| ATTYS FOR PLA: | Clare E. Connors |
| ATTYS FOR DEFT: | (01) Todd W. Eddins<br>(02) Pamela E. Tamashiro |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 3/6/2006 | TIME: | 10:08-10:14 |

COURT ACTION:  EP: **CRIMINAL FINAL PRETRIAL CONFERENCE held.**
Defendant (01) James Troiano not present, presence waived.  Defendant (02) Wendell K. Toki present, not in custody.

Jury Trial before Judge Helen Gillmor on April 4, 2006 at 9:00.a.m..

Representations by counsel on trial time:
The United States: 3 to 4 day(s); Witnesses: 40.

Defendant: (01): 1 to 2 day(s); Witnesses: 4 to 5.
Defendant: (02): 1 day; Witnesses: 1 to 2.

Fed. R. Crim. P. 16(a) (1) (C) (E) disclosures made as to Defendants: (01) and (02)

1. Fed. R. Evid. 404(b) : March 8, 2006
2. a. Motions in Limine filed and served by :March 15, 2006. **Additional Motions in Limine to be filed: 3 to 5.**
   b. Memoranda in opposition to motions in limine filed and served by: March 20, 2006.
3. Brady and Giglio Material by: March 15, 2006
4. a. Jury Instructions exchanged by March 15, 2006.

        d.       Filings required by 4(b) & (c) by: March 22, 2006.
5. Witness Lists per stipulation by March 28, 2006.
6. <u>Exhibits</u>
    a.       Parties will exchange exhibits.
    b.       Original exhibits tabbed and in folders/binders, copy in folders/binders.
7. <u>Stipulations</u>: In writing and filed by March 22, 2006.
8. <u>Voir Dire Questions</u>: In writing by March 22, 2006.
9. <u>Trial Briefs</u>: by March 22, 2006.
10. <u>Jencks Disclosures</u> by the Friday before trial
11. <u>Other Matters</u>: CR Final Pretrial Conference Order to be issued.
12. <u>Pretrial Conference</u> **and Motions in Limine** before HG at 8:30am on March **23**, 2006.


Submitted by: Warren N. Nakamura, Courtroom Manager










CR NO. 05-00261HG;
USA vs. (01) JAMES TROIANO, aka "john Klatt"
USA vs. (02) WENDELL K. TOKI;
Final Pretrial Conference Minutes
3/6/2006