EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON    #4532
Chief, Major Crimes

WES R. PORTER        #7698
CLARE E. CONNORS     #7936
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:    541-2850
facsimile:    541-2958
e-mail:       wes.porter@usdoj.gov
              clare.connors@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 05-00261 HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | DECLARATION OF COUNSEL |
| vs. | ) | (CLARE E. CONNORS) |
| | ) | |
| JAMES TROIANO,        (01) | ) | |
| aka: "JOHN KLATT," | ) | Hearing:  March 17, 2006 |
| WENDELL K. TOKI,     (02) | ) | Time:     9:00AM |
| | ) | Judge:    Helen Gillmor |
| Defendants. | ) | |
| | ) | |
| | ) | |

DECLARATION OF COUNSEL
(CLARE E. CONNORS)

1.  I am an Assistant United States Attorney in the District of Hawaii.

2.  I have been a Assistant United States Attorney since December 28, 2004.

3.  On October 5, 2005, I appeared before the Grand Jury to

present the Superseding Indictment in the above-captioned case.

    4.   During the course of the Grand Jury proceedings, one of the Grand Jurors noted a typographical error in the text of the Superseding Indictment.  At the request of the Grand Jury, I corrected the serial number in the presence of the Grand Jury by adding the number "0."  I placed my initials next to the corrected serial number.

    I declare and certify, pursuant to 28 U.S.C. § 1746, that the above statements, to the best of my information and belief, are true and correct.

    DATED: March 9, 2006, at Honolulu, Hawaii.


                              /s/ Clare E. Connors
                            CLARE E. CONNORS
                            Assistant U.S. Attorney