**Conversation 10**
**James TROIANO and Linda Corpe**
95427022_Aug_12_2005_18_56_08_PM_3604793347
Page 7 of 12

James TROIANO: No, no, no you're…nothings going to be done of this…I want you to feel at ease with your son here is what I'm talking about right now

Linda Corpe: Okay

James TROIANO: He pulled down his mask…when him and Wendell did the thing…he pulled down his mask and to say listen man…I don't want…I didn't want any part in this…um, uh, my name is so and so and, and, and what not…so the man gave the sketch…they did a sketch…of him…they have the sketch of a hundred sixty pound five eight Filipino, okay now

Linda Corpe: You know the FBI tells Cathy a completely different story

James TROIANO: Oh, yeah, they're, there…they're using them…and trying to sucker them…so they said I said this so how much time I going to do…total…he said you're going to do fifteen years straight…if you take their deal…I said what type of deal is that…for nothing…I didn't do this damn thing…okay…I said well now they're saying you helped planned it…I said…no, no, no, no…but anyway mom, that's fifteen years…so I told them this

Linda Corpe: They told Cathy you keep firing all of your attorneys

James TROIANO: No

Linda Corpe: And that you pissed off the uh judge

James TROIANO: I, I fired one attorney…well, uh, who's telling Cathy this

Linda Corpe: The FBI…the people, the people who came to serve her

James TROIANO: I fired one attorney…who wanted me to plead out to twenty years…I think twenty years, fuck that

Linda Corpe: Well that attorney is working for them, not for you

James TROIANO: Okay, so yeah so I fired her…now I got this attorney and I have to file this motion…I want to file a motion…okay…and he wouldn't want to file the motion…I have the right to file a motion, okay…because a guy…the only thing they have on me is three different stories now he has and it's in writing…he told detectives three different stories…so now I wanted to file a motion which is my right to suppress that…meaning get rid of which, some of those statements

Linda Corpe: Mm-hmm

James TROIANO: He wouldn't do it…he told the judge in front of me he wouldn't do it…so I told the judge I want him I want a new attorney…you know, I don't have to go to trial here

Page 7 of 12