<u>AFFIDAVIT</u>

I, BRIAN JOHNSON, state as follows:

1. I, Brian Johnson, am a Special Deputy United States Marshal (SDUSM), Title 18 Deputation, and am assigned to the Honolulu Violent Incident Crime Task Force where I conduct joint investigations with the Honolulu Division of the Alcohol, Tobacco, Firearms and Explosives (ATF) and the Federal Bureau of Investigation (FBI).

2. On August 11, 2005, I served a subpoena on Catherine Symonds to appear for trial scheduled on August 25, 2005.

3. I was not present in Court at the August 8, 2005 hearing and I did not discuss the hearing with any employees of the United States Marshal's office. I have no knowledge from any source regarding sealed matters that transpired at the hearing.

4. At no time, either before or since I served Catherine Symonds with the subpoena, did I attempt to influence Catherine Symonds' trial testimony.

7. At no time, either before or since I served Catherine Symonds with the subpoena, have I requested that Catherine Symonds testify in a particular manner to benefit the United States.

FURTHER AFFIANT SAYETH NAUGHT

_____
Brian JOHNSON
Special Deputy U.S. Marshal

**EXHIBIT B**