**HARLAN Y. KIMURA**
Attorney At Law

Tel: (808) 521-4134
Fax: (808) 521-0361

Central Pacific Plaza
220 South King Street, Suite 1660
Honolulu, Hawaii 96813

E-mail: hyk@aloha.net

September 14, 2005

<u>Hand Delivered</u>:

Wes R. Porter, Esq.
Clare E. Connors, Esq.
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, HI 96850

Re:   USA v. James Troiano; Cr. No. 05-00261-01 HG

Dear Mr. Porter and Ms. Connors:

This letter is to follow-up on the telephone message left at my office last week by your Secretary, Iris, regarding whether I received all the Additional Discovery from the Government, and discussions with Mr. James Troiano regarding the same as we prepare for his Trial to commence on November 15, 2005. Based upon the aforesaid, the Additional Discovery Mr. Troiano requests are:

1.   <u>Tape Recorded Interview of Ms. Josephine Manuel and Mr. Zachary Baro</u>. I am in receipt of the same. However, it was my understanding based upon a previous discussion with HPD Detective Brian Johnson on August 12, 2005 that the same, as well as all the other tape-recorded interviews (i.e. Wendell Toki, Tony Esparza, Milton Agader, Melba Roque, and Catherine Symonds) would be transcribed and provided to Defense Counsel ("Transcripts"). Therefore, it would be appreciated if the Transcripts could be provided to Pamela E. Tamashiro, Esq., and me as soon as possible.

2.   <u>Bates No. 259-494</u>. Those documents were previously provided to me with Ms. Connors' letter dated August 12, 2005.

3.   <u>Tape Recorded Interview of Mr. Tony Esparza</u>. Det. Johnson also mentioned on August 12, 2005 that the equipment employed to duplicate the tape recording of Mr. Esparza's interview was defective. Therefore,



EXHIBIT D

Wes R. Porter, Esq.
Clare E. Connors, Esq.
September 14, 2005
Page 2

please provide me with a duplicate tape recording of the same that is a clear and coherent as the original thereof.

    4.   <u>105 Photos from Tony Esparza's Cellular Telephone ("Cell phone")</u>. According to Bates No. 269, there were 105 photographs retrieved from the Cell phone and copied unto a Compact Disc ("CD"). Therefore, I request a copy of the CD be provided to Ms. Tamashiro and me as soon as possible.

    5.   <u>Record of Telephone Calls From Mr. Esparza's Cell phone</u>. At the time Ms. Tamashiro and I inspected the Brown Bottle on August 12, 2005, Ms. Tamashiro requested a copy of the Cell phone Records from Det. Johnson. Therefore, I also request a copy of the same as soon as possible.

    6.   <u>Subpoena Served Upon FCD of Mr. James Troiano's Telephone Calls There from and/or Thereto</u>. Pursuant to the telephone message from Assistant U.S. Attorney Wes R. Porter left at my office yesterday, the telephone calls we are interested in are those between Mr. Troiano and Ms. Catherine Symonds and Ms. Linda Corpe. Since Ms. Connors previously contacted Ms. Symonds, I assume her telephone number(s) are in the Government's possession. With respect to Ms. Corpe, the telephone numbers in our records are (360) 440-0326 (c), (360) 373-2686 (w), and (360) 479-3347 (h). Since the Government is also interested in those telephone calls, I understand the tape recordings of the same will be provided to me as soon as possible because the Government is also interested in them.

If you have any questions regarding the above request please feel free to call me to for clarification.

Thank you in advance for your cooperation and prompt attention to this above.

Very truly yours,

Harlan Y. Kimura

cc:   Mr. James Troiano
       Pamela E. Tamashiro, Esq.