Linda M. Corpe
6360 Pine Road NE
Bremerton, WA 98311

H: 360-479-3347   W: 360-373-2686   Email: lmcorpe@gmiinter.com

February 21, 2006

U. S. Department of Justice
Assistant United States Attorney, Ms. Clare Connors
PKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, Hawaii 96850

Dear Ms. Connors;

This letter is in regards to my attending my son James Edward Troiano's court case in April, 2006. I am scheduled to work a very important convention in Washington, D.C. for my employer the first week of April. I am expected to hold a seminar, which I am putting together now, for all Foreign Attache's in D.C. Please find attached my Navy League registration for this convention and my room reservation confirmation for the Marriott Wardman Park Hotel. This is my proof of attending this convention.

You should know that I am 59 years old and suffer from memory loss that is increasing with my age. This is common in post-menopausal women. I particularly have trouble remembering names, dates, appointments, numbers, and takings. It is common to see me in meetings taking copious notes so I can remember later the contents of the meeting. I remember things through repetition; hearing or studying things over and over. I carry a Daytimer to keep appointments and notes of important items I need to remember.

This is my memory and testimony of what I remember of my conversation with my son James. I don't remember the date as it was several months ago. James called to tell me he had been arrested and his car had been impounded. He asked me to call a friend and tell him what happened. He wanted his friend to get his car out of impound. I wrote down the message, called the number and left the message on the recorder. A ladies voice was on the recording. I don't remember the name of the person I called. I left the message on the telephone recorder and I threw away the written message. I honestly don't remember anything else regarding this incident except for James asking me for copies of my phone bill, which showed the phone number I called. I sent it to him.

In light of my testimony and memory, I am asking the courts to please release me as a witness as I cannot help this case. Furthermore, being in Washington D. C. the first week of April is critical to my employment. Thank you for your considerations in this matter.

Warmest regards,

*Linda M. Corpe* (signature)

Linda M. Corpe
Mother of James Edward Troiano

**EXHIBIT F**