## AFFIDAVIT

I, AMY J. STANDEFER, state as follows:

1. I am an attorney with the Federal Bureau of Prisons ("BOP") and am presently assigned to the Federal Detention Center in the District of Hawaii.

2. Approximately five months ago, I had a conversation with inmate James Troiano regarding the requirements for identifying mail as "legal mail."

3. During this conversation, I advised James Troiano that legal mail must be designated as follows: "Legal Mail, open only in presence of inmate." I also advised James Troiano that an alternative designation for legal mail was to identify it as "attorney/client privileged." I advised James Troiano that the purpose of this policy was to prevent widespread abuse of the legal mail channels.

4. James Troiano objected to the policy and informed me that he would not convey the FDC policy to his attorney.

5. I asked James Troiano to put his concerns in writing.

6. As of the date of this affidavit, I have not received anything in writing from James Troiano.

7. To my knowledge, all mail to James Troiano properly identified as "legal mail, open only in presence of inmate" or "attorney/client privileged" has not been opened outside of the presence of James Troiano.

DATED: March 8, 2006

FURTHER AFFIANT SAYETH NAUGHT

_____
AMY J. STANDEFER
Attorney, FDC Honolulu

**EXHIBIT G**