ORIGINAL

TODD W. EDDINS, #5544
1001 Bishop Street
Pauahi Tower, Suite 1320
Honolulu, Hawaii 96813
Telephone No. 808 538.1110
Facsimile No. 808 528.2440
E-Mail: Eddins@Eddinsdefense.com

Attorney for Defendant James Troiano

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 4 2006

at __9__ o'clock and __3__ min. __A__ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00261 HG |
| ) | |
| Plaintiff, ) | NOTICE OF WITHDRAWAL OF |
| ) | MOTION TO COMPEL |
| vs. ) | DISCOVERY FILED FEBRUARY |
| ) | 24, 2006 |
| JAMES TROIANO,    (01) ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

## NOTICE OF WITHDRAWAL OF MOTION TO COMPEL DISCOVERY FILED FEBRUARY 24, 2006

Defendant No. 01 JAMES TROIANO (Troiano), by and through his

counsel, Todd Eddins, hereby withdrawals the motion to compel discovery filed on

February 24, 2006 inasmuch as Defendant is in receipt of the plea agreement

relating to Tony Esparza, and the government has provided an NCIC report relating to the criminal activity of Silvia Robinson.

DATED: Honolulu, Hawaii March 10, 2006

_____
Todd Eddins
Attorney for Defendant James Troiano

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served upon the following parties via hand delivery on March 13, 2006.

CLARE CONNORS
Assistant United States Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850


PAMELA TAMASHRIO
Ocean View Center
707 Richards Street, PH 7
Honolulu, Hawaii 96813

Attorney for DEFENDANT WENDELL TOKI


DATED:  Honolulu, Hawaii,  February 24, 2006

_____
TODD EDDINS
ATTORNEY FOR JAMES TROIANO