AO 89 (Rev. 7/95) Subpoena In a Criminal Case

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

# United States District Court
## DISTRICT OF HAWAII

MAR 17 2006
at ___ o'clock and ____ __ M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.

JAMES TROIANO, (01)
aka "JOHN KLATT"

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 05-00261 HG

TO:
FDC Corrections Officer Darryl Meeks
c/o FDC Honolulu
351 Elliott Street
Honolulu, Hawaii 96819

[X] YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District court for the District of Hawaii<br>300 Ala Moana Boulevard<br>Honolulu, Hawaii 96850 | Judge Helen Gillmor |
| | DATE AND TIME<br>March 17, 2006 at 8:30 a.m. |

[ ] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>SUE BEITIA<br>(BY) DEPUTY CLERK | DATE<br>MAR 16 2006 |
|---|---|

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

RECEIVED 2006 MAR 16 AM 9:23 U.S. MARSHAL SERVICE HONOLULU, HI

AO 89  (Rev. 7/95)   Subpoena in a Criminal Case

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE |
| SERVED | DATE | PLACE |
| SERVED ON (PRINT NAME) | | FEES AND MILEAGE TENDERED TO WITNESS  ☐ YES   ☐ NO   AMOUNT $_____ |
| SERVED BY (PRINT NAME) | | TITLE |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
             Date

_____
Signature of sever

_____
Address of sever

ADDITIONAL INFORMATION

Returned unexecuted.
3/16/06