# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

March 17, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 05-00261HG |
| CASE NAME: | U.S.A. vs. (01) JAMES TROIANO, aka "John Klatt" and (02) WENDELL K. TOKI |
| ATTYS FOR PLA: | Clare E. Connors<br>Wes R. Porter |
| ATTYS FOR DEFT: | Todd W. Eddins (01)<br>Pamela E. Tamashiro (02) |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Cynthia Fazio |
| DATE: | March 17, 2006 | TIME: | 9:30 - 10:30 |

COURT ACTION:  1.  DEFENDANT (01) JAMES TROIANO, aka "John Klatt's MOTION TO SEVER (79) - **TAKEN UNDER ADVISEMENT.**.

2.  DEFENDANT (01) TROIANO'S MOTION TO DISMISS INDICTMENT OR IN THE ALTERNATIVE, TO SUPPRESS PROSECUTION EVIDENCE RELATING TO AUDIOTAPED FEDERAL DETENTION CENTER PHONE CALLS BY DEFENDANT (83) -  **DENIED.**

3.  DEFENDANT (01) TROIANO'S MOTION TO COMPEL DISCOVERY (86) - **WITHDRAWN BY DEFENDANT (01) TROIANO.**

4.  DEFENDANT (01) TROIANO'S MOTION TO DISMISS COUNTS 3 AND 4 OF THE INDICTMENT (84) - **DENIED**.

5.  DEFENDANT (01) TROIANO'S MOTION TO DISMISS INDICTMENT OR TO EXCLUDE TESTIMONY OF CATHERINE SYMONDS (85) - **DENIED.**

6.  DEFENDANT (01) TROIANO'S MOTION TO SUPPRESS IDENTIFICATION - **DENIED.**

IT IS ORDERED that the Government's supplemental memorandum regarding Defendant's (01) Troiano's Motion to Sever be filed by close of business on March 20, 2006, and Defendant's reply be filed by close of business on March 21, 2006.

Court's Exhibit #1 (CD of telephone recordings made from the FDC-Honolulu) is received in evidence. (Exhibit is located in the Exhibit Room.)

Submitted by: David H. Hisashima, Courtroom Manager