TODD W. EDDINS, #5544
1001 Bishop Street
Pauahi Tower, Suite 1320
Honolulu, Hawaii  96813
Telephone No. 808 538.1110
Facsimile No. 808 528.2440
E-Mail:  Eddins@Eddinsdefense.com
Attorney for Defendant James Troiano

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00261 HG |
|---|---|---|
| Plaintiff, | ) | DEFENDANT'S TRIAL BRIEF |
| vs. | ) | TRIAL:  APRIL 4, 2006 |
|  | ) | JUDGE: HELEN GILLMOR |
| JAMES TROIANO,  (01) | ) |  |
| Defendant. | ) |  |

DEFENDANT'S TRIAL BRIEF

Defendant JAMES TROIANO (Troiano) by and through his counsel, Todd Eddins, hereby objects to the filing of a Trial Brief because it would disclose a theory of defense that he may be advancing at trial.  Additionally, insofar as several pretrial motions and motions in limine have been filed,

1

Troiano believes that there are presently no significant disputed issues of law that need to be addressed in a trial brief.

DATED:  Honolulu, Hawaii  March 21, 2006

/s/ Todd Eddins
_____
TODD EDDINS