EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON    #4532
Chief, Major Crimes

WES R. PORTER        #7698
CLARE E. CONNORS     #7936
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:     541-2850
facsimile:     541-2958
e-mail:        wes.porter@usdoj.gov
               clare.connors@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00261-01 HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | UNITED STATES' LIST OF |
| vs. | ) | WITNESSES; CERTIFICATE OF |
| | ) | SERVICE |
| JAMES TROIANO,          (01) | ) | |
| aka: "JOHN KLATT," | ) | |
| | ) | TRIAL DATE: April 4, 2006 |
| | ) | TIME:       9:00 a.m. |
| Defendants. | ) | JUDGE:      Helen Gillmor |

UNITED STATES WITNESS LIST

The United States hereby discloses its witness list.

The witness list is as follows:

1. Milton Agader
2. Elizabeth Agustin
3. Wally Arakawa
4. Zachary Baro
5. Lee Burgwinkel

```
6.   Tom Burba
7.   Lorraine Catania
8.   Alfred Collins
9.   Sylvia Dawsen, HPD
10.  Tony Esparza
11.  Jaret Fernandez, HPD
12.  Jeffrey Gonsalves
13.  Lenora Ishihara, HPD
14.  James Jeremiah, HPD
15.  Brian Johnson, HPD
16.  Stephanie Kamakana, HPD
17.  Cindy Kaneshiro, HPD
18.  Derrick Kiyotoki, HPD
19.  John Klatt
20.  Daniel Klein
21.  Darryl Kon, HPD
22.  Kevin Lopez, HPD
23.  Jordan Lowe, ATF
24.  Josephine Manuel
25.  Banks K.S. McMillan, HPD
26.  Kiff Nihipali, HPD
27.  Bruce Nishimoto
28.  Douglas Ore
29.  Michelle Peru
30.  Curtis Phillips
31.  Lori Phillips
32.  David Politsch, HPD
33.  Elijio Reyes
34.  Silvia Robinson
35.  Melba Roque
36.  Cindee Saito, HPD
37.  Cheryl Scott
38.  Jerry Shirley
39.  Bethlyn Shultis, HPD
40.  Gloria Sua, HPD
41.  Catherine Symonds
42.  David Thornton, HPD
43.  Helen Toki
44.  Lancia Troiano
```

Please be advised that the United States may not call all the individuals on this list. Accordingly, the defense should avail itself of the subpoena power to ensure the appearance of any witness it wishes to have testify. In

addition, the United States reserves the right to call additional witnesses if necessary.

   DATED:  March 28, 2006, at Honolulu, Hawaii.

            Respectfully submitted,

            EDWARD H. KUBO, JR.
            United States Attorney
            District of Hawaii


             /s/ Clare E. Connors
            WES R. PORTER
            CLARE E. CONNORS
            Assistant U.S. Attorneys

CERTIFICATE OF SERVICE

       I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served Electronically through CM/ECF:**

Todd W. Eddins
eddins@eddinsdefense.com        March 28, 2006

Attorney for Defendant
JAMES TROIANO

       DATED:  March 28, 2006, at Honolulu, Hawaii.

                                  /s/ Iris Tanaka