EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON   #4532
Chief, Major Crimes

WES R. PORTER       #7698
CLARE E. CONNORS    #7936
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:    541-2850
facsimile:    541-2958
e-mail:       wes.porter@usdoj.gov
              clare.connors@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00261-01 HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | UNITED STATES' REVISED LIST OF |
| vs. | ) | WITNESSES; CERTIFICATE OF |
| | ) | SERVICE |
| JAMES TROIANO, (01) | ) | |
| aka: "JOHN KLATT," | ) | |
| | ) | TRIAL DATE: April 4, 2006 |
| | ) | TIME: 9:00 a.m. |
| Defendants. | ) | JUDGE: Helen Gillmor |

UNITED STATES' REVISED LIST OF WITNESSES

The United States hereby discloses its witness list.

The witness list is as follows:

1.   Milton Agader
2.   Elizabeth Agustin
3.   Wally Arakawa
4.   Zachary Baro
5.   Lee Burgwinkel

```
6.   Tom Burba
7.   Lorraine Catania
8.   Alfred Collins
9.   Sylvia Dawsen, HPD
10.  Tony Esparza
11.  Jaret Fernandez, HPD
12.  Dennis Gomes, HPD
13.  Jeffrey Gonsalves
14.  Lenora Ishihara, HPD
15.  James Jeremiah, HPD
16.  Brian Johnson, HPD
17.  Stephanie Kamakana, HPD
18.  Cindy Kaneshiro, HPD
19.  Derrick Kiyotoki, HPD
20.  John Klatt
21.  Daniel Klein
22.  Darryl Kon, HPD
23.  Kevin Lopez, HPD
24.  Jordan Lowe, ATF
25.  Josephine Manuel
26.  Banks K.S. McMillan, HPD
27.  David Nacorda
28.  Kiff Nihipali, HPD
29.  Bruce Nishimoto
30.  Douglas Ore
31.  Michelle Peru
32.  Curtis Phillips
33.  Lori Phillips
34.  David Politsch, HPD
35.  Elijio Reyes
36.  Silvia Robinson
37.  Melba Roque
38.  Cindee Saito, HPD
39.  Cheryl Scott
40.  Jerry Shirley
41.  Bethlyn Shultis, HPD
42.  Gloria Sua, HPD
43.  Catherine Symonds
44.  David Thornton, HPD
45.  Helen Toki
46.  Lancia Troiano
```

Please be advised that the United States may not call all the individuals on this list. Accordingly, the defense should avail itself of the subpoena power to ensure the

appearance of any witness it wishes to have testify.  In addition, the United States reserves the right to call additional witnesses if necessary.

    DATED:  March 30, 2006, at Honolulu, Hawaii.

                          Respectfully submitted,

                          EDWARD H. KUBO, JR.
                          United States Attorney
                          District of Hawaii


                             /s/ Clare E. Connors
                          WES R. PORTER
                          CLARE E. CONNORS
                          Assistant U.S. Attorneys

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served Electronically through CM/ECF:**

Todd W. Eddins
eddins@eddinsdefense.com        March 30, 2006

Attorney for Defendant
JAMES TROIANO

DATED:  March 30, 2006, at Honolulu, Hawaii.

　　　　　　　　　　　　　　　　　　/s/ Iris Tanaka