EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON    #4532
Chief, Major Crimes

WES REBER PORTER     #7698
CLARE E. CONNORS     #7936
Assistant U. S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email:     wes.porter@usdoj.gov
           clare.connors@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00261 HG |
| | ) | |
| Plaintiff, | ) | STIPULATION OF THE PARTIES |
| | ) | REGARDING FELONY STATUS; ORDER |
| vs. | ) | |
| | ) | |
| JAMES TROIANO,         (01) | ) | |
|     also known as: | ) | Date: April 4, 2006 |
|     "JOHN KLATT," | ) | Time: 9:00 a.m. |
| | ) | Judge: Helen Gillmor |
| Defendant. | ) | |
| | ) | |
| | ) | |

**STIPULATION OF THE PARTIES REGARDING FELONY STATUS**

The United States of America and Defendant, JAMES TROIANO, also known as: "JOHN KLATT," by and through his attorney, hereby stipulate that on May 9, 2005, the date of the alleged offense here, the defendant had been previously

convicted of a crime punishable by imprisonment for a term exceeding one year.

The defendant stipulates that on July 14, 1999, he was convicted of a crime punishable by imprisonment for a term exceeding one year.

IT IS SO STIPULATED:

DATED:  March 17, 2006, at Honolulu, Hawaii.

```
  /s/ Clare E. Connors
WES REBER PORTER
CLARE E. CONNORS
Assistant U.S. Attorneys


  /s/ Todd Eddins
Todd Eddins, ESQ.
Attorney for Defendant
```

IT IS APPROVED AND SO ORDERED:

DATED: March 30, 2006, at Honolulu, Hawaii.



```
                              _____
                              Helen Gillmor
                              Chief United States District Judge
```

UNITED STATES v. JAMES TROIANO, aka: "JOHN KLATT"
Cr. No. 05-00261 HG
"STIPULATION OF THE PARTIES REGARDING
FELONY STATUS; ORDER"