TODD W. EDDINS, #5544
1001 Bishop Street
Pauahi Tower, Suite 1320
Honolulu, Hawaii  96813
Telephone No. 808 538.1110
Facsimile No. 808 528.2440
E-Mail:  Eddins@Eddinsdefense.com
Attorney for Defendant James Troiano

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.  NO.  05-00261 HG |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S WITNESS LIST |
| | ) | |
| vs. | ) | TRIAL:  APRIL 4, 2006 |
| | ) | JUDGE: HELEN GILLMOR |
| JAMES TROIANO,  (01) | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

DEFENDANT'S WITNESS LIST

Defendant JAMES TROIANO (Troiano) by and through his counsel, Todd Eddins, hereby submits the following witness list.  In addition to the individuals present on the United States' witness list, the defense lists the following prospective witnesses:

1

1. Haaheo Castro

2. Pat Gomes, HPD

3. Michael Gonzalez

4. Michael Ilar, HPD

5. Russell Perreira, HPD

6. Mary Phillips

The defense reserves the right to call any additional witnesses not listed on the government or defense witness list, if necessary.

DATED:  Honolulu, Hawaii  March 31, 2006

/s/ Todd Eddins
—————————————
TODD EDDINS