# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

April 4, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:   CR. 05-00261HG

CASE NAME:     U.S.A. vs. (01) JAMES TROIANO, aka "John Klatt"

JUDGE:   Helen Gillmor           REPORTER:

DATE:    April 4 , 2006          TIME:

### MINUTE ORDER

　　The parties submitted joint jury instructions on March 22, 2006.

　　The parties indicated that Defendant objects to Government's Proposed Jury Instructions 1, 2, and 3 and that the United States objects to Defendant's Proposed Jury Instruction 1.  The parties have not complied with LR 51.1(d) by filing written objections to the non-agreed upon jury instructions.

　　LR 51.1(d) provides that any and all objections shall be in writing and shall set forth the proposed instruction in its entirety.  The objection should then specifically set forth the objectionable material in the proposed instruction.  The objection shall contain citation to authority explaining why the instruction is improper and a concise statement of argument concerning the instruction.

　　The parties have until **noon on April 7, 2006** to file written objections to the non-agreed upon jury instructions.

Submitted by: David H. Hisashima, Courtroom Manager