EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON    #4532
Chief, Major Crimes

WES R. PORTER       #7698
CLARE E. CONNORS     #7936
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:      541-2850
facsimile:      541-2958
e-mail:         wes.porter@usdoj.gov
                clare.connors@usdoj.gov


Attorneys for Plaintiff
UNITED STATES OF AMERICA

              IN THE UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00261-01 HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | UNITED STATES' SECOND REVISED |
| vs. | ) | LIST OF WITNESSES; CERTIFICATE |
| | ) | OF SERVICE |
| JAMES TROIANO,        (01) | ) | |
| | ) | TRIAL DATE:    April 4, 2006 |
| | ) | TIME:          9:00 a.m. |
| Defendants. | ) | JUDGE:         Helen Gillmor |

              UNITED STATES' SECOND REVISED LIST OF WITNESSES

         The United States hereby discloses its witness list.

The witness list is as follows:

1.   Milton Agader
2.   Elizabeth Agustin
3.   Wally Arakawa
4.   Zachary Baro
5.   Lee Burgwinkel
6.   Tom Burba

```
7.   Lorraine Catania
8.   Alfred Collins
9.   Sylvia Dawsen, HPD
10.  Tony Esparza
11.  Jaret Fernandez, HPD
12.  Dennis Gomes, HPD
13.  Jeffrey Gonsalves
14.  Lenora Ishihara, HPD
15.  James Jeremiah, HPD
16.  Brian Johnson, HPD
17.  Stephanie Kamakana, HPD
18.  Cindy Kaneshiro, HPD
19.  Derrick Kiyotoki, HPD
20.  John Klatt
21.  Daniel Klein
22.  Darryl Kon, HPD
23.  Kevin Lopez, HPD
24.  Jordan Lowe, ATF
25.  Josephine Manuel
26.  Banks K.S. McMillan, HPD
27.  David Nacorda
28.  Kiff Nihipali, HPD
29.  Bruce Nishimoto
30.  Douglas Ore
31.  Michelle Peru
32.  Curtis Phillips
33.  Lori Phillips
34.  David Politsch, HPD
35.  Elijio Reyes
36.  Silvia Robinson
37.  Melba Roque
38.  Cindee Saito, HPD
39.  Cheryl Scott
40.  Jerry Shirley
41.  Bethlyn Shultis, HPD
42.  Abel Silva
43.  Gloria Sua, HPD
44.  Catherine Symonds
45.  David Thornton, HPD
46.  Helen Toki
47.  Wendell Toki
48.  Lancia Troiano
```

Please be advised that the United States may not call all the individuals on this list. Accordingly, the defense should avail itself of the subpoena power to ensure the

2

appearance of any witness it wishes to have testify.  In addition, the United States reserves the right to call additional witnesses if necessary.

DATED: April 5, 2006, at Honolulu, Hawaii.

Respectfully submitted,

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


    /s/ Clare E. Connors
WES R. PORTER
CLARE E. CONNORS
Assistant U.S. Attorneys

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**<u>Served Electronically through CM/ECF</u>:**

Todd W. Eddins
eddins@eddinsdefense.com          April 5, 2006

Attorney for Defendant
JAMES TROIANO

DATED:  April 5, 2006, at Honolulu, Hawaii.


_____/s/ Iris Tanaka_____