ORIGINAL

EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON    #4532
Chief, Major Crimes

WES R. PORTER        #7698
CLARE E. CONNORS     #7936
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:    541-2850
facsimile:    541-2958
e-mail:       wes.porter@usdoj.gov
              clare.connors@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 6 2006

at 9 o'clock and 40 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00261-01 HG |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | STIPULATION OF THE PARTIES TO THE ADMISSIBILITY OF CERTAIN TESTIMONY |
| JAMES TROIANO,        (01) | ) | |
| Defendant. | ) | Trial:  April 4, 2006 |
| | ) | Judge:  Hon. Helen Gillmor |

STIPULATION OF THE PARTIES TO
THE ADMISSIBILITY OF CERTAIN TESTIMONY

The United States by and through its attorneys and Defendant JAMES TROIANO, by and through his attorney, Todd Eddins, herein stipulate that were Lancia Troiano to be called to testify, she would testify as follows:

1.  Lancia Troiano is the daughter of James Troiano.

2. Lancia Troiano is fourteen years old and lives with her mother, Catherine Symonds.

3. A few months ago, her father, James Troiano, arrived at her Karate practice in a black, four-door car.

4. Around that same time, James Troiano called Lancia Troiano on her cellular phone. During the conversation, James Troiano handed the phone to someone he identified as "Wendell." Lancia Troiano had a short conversation with "Wendell."

5. Around that same time, James Troiano called Lancia Troiano on her cellular phone while she was at her grandmother's home in Waialua [Wahiawa crossed out] L.T. 4/4/06. The telephone call occurred around midnight. During the conversation, James Troiano told Lancia Troiano to ride her bike from Wahiawa to The Brown Bottle in Waialua. James Troiano asked Lancia Troiano to get $500 from "Wendell."

6. Lancia Troiano did not ride her bike to Waialua at midnight that evening. During subsequent phone calls, James Troiano told Lancia Troiano two or three more times to go to The Brown Bottle to get money from "Wendell."

IT IS SO STIPULATED:

DATED: March 29, 2006, at Honolulu, Hawaii.

WES REBER PORTER
CLARE E. CONNORS
Assistant U.S. Attorneys

TODD EDDINS, ESQ.
Attorney for Defendant

2

_____
JAMES TROIANO
Defendant

IT IS APPROVED AND SO ORDERED:

DATED: ~~March~~ April 5, 2006, at Honolulu, Hawaii.

_____
Helen Gillmor
United States District Judge

UNITED STATES v. JAMES TROIANO (01)
Cr. No. 05-00261 HG
"STIPULATION OF THE PARTIES AS TO THE
ADMISSIBILITY OF CERTAIN TESTIMONY"

3