# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

April 4, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 05-00261HG |
| CASE NAME: | U.S.A. vs. JAMES TROIANO |
| ATTYS FOR PLA: | Wes R. Porter |
| | Clare E. Connors |
| | Brian Johnson, Case Agent, HPD |
| | Charles Pang, ATF |
| ATTYS FOR DEFT: | Todd W. Eddins |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Sharon Ross |
| DATE: | April 4, 2006 | TIME: | 9:00 - 3:55 |

COURT ACTION:  JURY SELECTION/TRIAL -

The defendant is present in custody.
71 jurors present.
12 jurors and two alternates selected and sworn.

Further trial is continued to April 5, 2006 @ 9:00 a.m.

Submitted by: David H. Hisashima, Courtroom Manager