# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

April 10, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 05-00261HG |
| CASE NAME: | U.S.A. vs. (01) JAMES TROIANO |
| ATTYS FOR PLA: | Wes R. Porter |
| | Clare E. Connors |
| | Brian Johnson, Case Agent, HPD |
| | Charles Pang, ATF |
| ATTYS FOR DEFT: | Todd W. Eddins |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Sharon Ross |
| DATE: | April 10, 2006 | TIME: | 10:00 - 12:00 |
| | | | 1:30 -   4:20 |

COURT ACTION:  FURTHER JURY TRIAL - Day 3 -

    The defendant is present in custody.

    Examination of Wendell Toki resumed.
    Helen Toki CST.

    Hearing held out of the presence the jury re defendant's request to wear his personal shoes into the courtroom.  The issue has been resolved by the marshal.

    The jury is present.
    Examination of Helen Toki resumed.

    Stipulation of the Parties Regarding Felony Status (Ex. 3) read to the jury.

    Catherine Symonds CST.

    Hearing held out of the presence of the jury re the testimony of Catherine Symonds indicating that the defendant mentioned Wendell Toki's name before the last time he was in prison. The Defendant's Oral Motion for Mistrial is DENIED.

    The jury is present.
    Further examination of Catherine Symonds resumed.

    Hearing held at sidebar re Witness Symonds testimony that she is afraid of the defendant. Defendant's Oral Motion for Mistrial is DENIED.

    Lorraine Chieko Catania CST.
    Wally Arakawa CST.
    Cheryl Scott CST.
    Daniel Klein CST.
    John Klatt CST.
    Bruce Nishimoto CST.

    Exhibits admitted: 1, 2, 3, 5, 34, 35, 36, 37, 39, 40, 41 & 42 admitted in evidence.

    Further trial is continued to April 11, 2006 @ 9:00 a.m.

    Submitted by: David H. Hisashima, Courtroom Manager