# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

April 11, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 05-00261HG |
| CASE NAME: | U.S.A.. vs. JAMES TROIANO |
| ATTYS FOR PLA: | Wes R. Porter |
| | Clare E. Connors |
| | Brian Johnson, Case Agent, HPD |
| | Charles Pang, ATF |
| ATTYS FOR DEFT: | Todd W. Eddins |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | April 11, 2006 | TIME: | 9:15 - 12:00 |
| | | | 1:30 - 4:20 |

COURT ACTION:  FURTHER JURY TRIAL - DAY 4 -

    Hearing held out of the presence of the jury re alleged threat on prospective witness Tony Esparza by several detainees at the Federal Detention Center.  The Court instructed Defendant Troiano not to contact any witnesses.  Mr. Troiano was also instructed not to direct his friends to contact any witnesses..

    The jury is present.

    Examination of Bruce Nishimoto resumed.
    Curtis Phillips CST.
    Lori Phillips CST.
    Jeffrey Gonsalves CST.
    Tony Esparza CST.

    Hearing held out of the presence of the jury re the alleged threat made on the defendant by Witness Esparza.

    The jury is present.
    Examination of Tony Esparza resumed.

Exhibits admitted in evidence: 27, 29, 30, 32, 43, 44A, 44B, 45, 46C3 thru 46C7, 46C9 thru 46C21, 46C 23 thru 46C28, 46C30, 46C32, 46C33, 46C34, 52A, 52B, 55, 56, 60A, 61A & 61D.

The jury is excused (4:00 p.m.).

Hearing held re Witness Esparza's credibility.
Government's request to have Witness Exparza testify regarding toilet communication at the Federal Detention Center. The Court denied any testimony with regard to toilet communication
Discussion held regarding objections to jury instructions..

Further trial is continued to April 12, 2006 @ 10:00 a.m.

Submitted by: David H. Hisashima, Courtoom Manager