# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

April 12, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR. 05-00261

CASE NAME:         U.S.A. vs. (01) JAMES TROIANO

ATTYS FOR PLA:     Wes R. Porter
                   Clare E. Connors
                   Brian Johnson, Case Agent, HPD
                   Charles Pang, ATF

ATTYS FOR DEFT:    Todd W. Eddins

INTERPRETER:

JUDGE:    Helen Gillmor              REPORTER:    Stephen Platt

DATE:     April 12, 2006             TIME:        10:40 - 11:45
                                                  1:30 - 4:50

COURT ACTION:  FURTHER JURY TRIAL - DAY 5 -

   The defendant is present in custody.

   Examination of Tony Esparza resumed.
   Silvia Robinson CST.
   Jerry Shirley CST.
   David Nacorda CST.
   Elizabeth Agustin CST.
   Douglas Ore CST.

   Exhibits admitted in evidence: 60B, 68 thru 71, 82, 86, 278 & 279.

   The jury is excused and directed to return on April 13, 2006 @ 8:45 a.m. (4:33p.m.).

   Hearing held regarding the remaining government's witnesses.

   Further trial is continued to April 13, 2006 @ 9:00 am.

The parties are directed to meet, agree and file an other crimes instruction by noon on April 14, 2006.

Submitted by: David H. Hisashima, Courtroom Manager