# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

April 13, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 05-00261HG |
| CASE NAME: | U.S.A. vs. JAMES TROIANO |
| ATTYS FOR PLA: | Wes R. Porter |
| | Clare E. Connors |
| | Brian Johnson, Case Agent, HPD |
| | Charles Pang, ATF |
| ATTYS FOR DEFT: | Todd W. Eddins |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | April 13, 2006 | TIME: | 9:00 - 12:02 |

COURT ACTION:  FURTHER JURY TRIAL - 6TH DAY -

    David Politsch CST.
    Cindee Saito CST.
    Sylvia Dawsen CST.
    Bethlyn Shultis CST.
    Brian Johnson CST.
    Dennis Gomes CST.
    Gloria Sua CST.

    The jury is excused @ 11:58 a.m. and directed to return on April 18, 2006 @ 8:45 a.m.

    The attorneys are reminded to submit the jury instruction regarding other crimes issue by noon tomorrow.  Any objections to the instruction shall be filed by the same deadline.

    Exhibits admitted: 33, 38, 47, 48, 49A, 492B, 51, 53, 54A, 54B, 61B, 61C, 66 & 85.

Further trial is continued to April 18, 2006 @ 9:00 a.m.

Submitted by: David H. Hisashima, Courtroom Manager