AO 89 (Rev. 7/95) Subpoena in a Criminal Case

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 2 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

# United States District Court
## DISTRICT OF HAWAII

UNITED STATES OF AMERICA

V.

JAMES TROIANO

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 05-00261 HG

TO:
Douglas Ore
2056 Clement Street
Honolulu, Hawaii 96822

[X] YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
|  | Judge Helen Gillmor |
|  | DATE AND TIME |

[ ] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

RECEIVED 2006 APR -6 AM 11:51 U.S. MARSHALS SERVICE HONOLULU, HI

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>SUE BEITIA | DATE |
|---|---|
| (BY) DEPUTY CLERK | APR 0 6 2006 |
| ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER | |

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

# PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | | |
| SERVED | DATE | PLACE |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| | ☐ YES  ☐ NO  AMOUNT $ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
         Date

_____
Signature of sever

_____
Address of sever

ADDITIONAL INFORMATION

Returned unexecuted - incomplete information for witness.