IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00261 HG |
| | ) | |
| Plaintiff, | ) | **VERDICT** |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES TROIANO,           (01) | ) | |
| | ) | |
| _____ | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 19 2006

at 11 o'clock and 15 min. A M
SUE BEITIA, CLERK

<u>VERDICT</u>

**AS TO COUNT 1 IN THE INDICTMENT (CONSPIRACY TO COMMIT A HOBBS ACT ROBBERY):**

WE, THE JURY, IN THE ABOVE ENTITLED CAUSE, FIND THE DEFENDANT, JAMES TROIANO:

\_\_\_\_\_ **NOT GUILTY.**     \_\_✓\_\_ **GUILTY AS CHARGED.**

**AS TO COUNT 2 IN THE INDICTMENT (HOBBS ACT ROBBERY):**

WE, THE JURY, IN THE ABOVE ENTITLED CAUSE, FIND THE DEFENDANT, JAMES TROIANO:

\_\_\_\_\_ **NOT GUILTY.**     \_\_✓\_\_ **GUILTY AS CHARGED.**

**AS TO COUNT 3 IN THE INDICTMENT (CARRYING A FIREARM DURING THE HOBBS ACT ROBBERY):**

WE, THE JURY, IN THE ABOVE ENTITLED CAUSE, FIND THE DEFENDANT, JAMES TROIANO:

\_\_\_\_\_ NOT GUILTY.          \_\_✓\_\_ GUILTY AS CHARGED.

**AS TO COUNT 4 IN THE INDICTMENT (FELON IN POSSESSION OF A FIREARM):**

WE, THE JURY, IN THE ABOVE ENTITLED CAUSE, FIND THE DEFENDANT, JAMES TROIANO:

\_\_\_\_\_ NOT GUILTY.          \_\_✓\_\_ GUILTY AS CHARGED.

DATED: April 19, 2006.

SIGNED: _____
JURY FOREPERSON