# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

April 19, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 05-00261HG |
| CASE NAME: | U.S.A. vs. (01) JAMES TROIANO |
| ATTYS FOR PLA: | Wes R. Porter |
| | Clare E. Connors |
| | Brian Johnson, Case Agent, HPD |
| | Charles Pang, ATF |
| ATTYS FOR DEFT: | Todd W. Eddins |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | April 19, 2006 | TIME: | 9:00 -11:00 |
| | | | 11:00 - 11:15 |

COURT ACTION:   FURTHER JURY TRIAL - DAY 8 -
                2ND DAY OF DELIBERATION -

   The defendant is present in custody.

   The jury resumed deliberation (9:00 - 11:00 a.m.).

   The jury returned with the Verdict.  The Verdict was read and filed.  The defendant is found GUILTY to Counts 1, 2, 3 & 4 of the Superseding Indictment. The jury was polled.  The Verdict is unanimous.

   The defendant is referred for presentence investigation and report, and sentencing is set for July 27, 2006 @ 3:45 p.m.

   The detention order is continued.

   Submitted by: David H. Hisashima, Courtroom Manager