# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/22/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR05-00261HG |
| CASE NAME: | USA v. (01) James Troiano |
| ATTYS FOR PLA: | Clare Connors |
| ATTYS FOR DEFT: | (01) Todd Eddins |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE | Kevin S.C. Chang | REPORTER: | FTR C5 |
| DATE: | 5/22/2006 | TIME: | 10:58-11:06:44am |

COURT ACTION:  EP: Motion to Withdraw as Counsel as to Defendant (01) - defendant present, in custody.

Defendant states that he will be obtaining new counsel, Mr. Walter Schoettle.

Motion to Withdraw as Counsel shall be continued to 5/30/06 at 2:00pm before Judge Chang in order for a Withdrawal and Substitution of Counsel to be submitted.

Defendant is remanded to the custody of the USMS.

Submitted by: Shari Afuso, Courtroom Manager