# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/30/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR05-00261HG

CASE NAME:       USA v. (01) James Troiano

ATTYS FOR PLA:   Clare Connors

ATTYS FOR DEFT:  (01) Todd Eddins

INTERPRETER:

JUDGE    Kevin S.C. Chang         REPORTER:    FTR C5

DATE:    5/30/2006                TIME:        1:57-2:04:10pm

COURT ACTION:  EP: Motion to Withdraw as Counsel as to Defendant (01) - presence waived at defendant's request

Walter Schoettle present.  Mr. Schoettle confirms that he will represent defendant for sentencing and appeal.  Withdrawal and Substitution of Counsel signed by Mr. Eddins and Mr. Schoettle.

Motion to Withdraw as Counsel continued to 6/2/06 at 10:30am before Judge Chang at which time the Withdrawal and Substitution will be signed by defendant.

Submitted by: Shari Afuso, Courtroom Manager