# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/31/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR05-00261HG

CASE NAME: USA v. (01) James Troiano

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE    Kevin S.C. Chang           REPORTER:

DATE:    5/31/2006                  TIME:

COURT ACTION:  EO: By agreement of counsel, Motion to Withdraw as Counsel as to Defendant (01) set 6/2/06 has been continued to 6/5/06 at 2:00pm before Judge Kurren

Submitted by: Shari Afuso, Courtroom Manager