# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/5/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR 05-00261HG

CASE NAME:         USA v. (01) James Troiano

ATTYS FOR PLA:     Loretta A. Sheehan for Clare E. Connors

ATTYS FOR DEFT:    (01) Todd W. Eddins, Walter R. Schoettle

INTERPRETER:

---

JUDGE:    Barry M. Kurren          REPORTER:   C6F

DATE:     6/5/2006                 TIME:       2:20 - 2:41

---

COURT ACTION:  EP: Motion to Withdraw as Counsel as to (01) James Troiano - deft not present.

Mr. Schoettle's Oral Request for Appointment as CJA Counsel Specifically for This Defendant in This Case is DENIED.

Motion is GRANTED.

Mr. Schoettle makes his appearance as retained counsel and Todd Eddins withdraws as counsel.

*Notice of Withdrawal and Substitution of Counsel* signed and filed.
*Addendum to Notice of Withdrawal and Substitution of Counsel Signed by the Attorneys on May 30, 2006* filed.

Submitted by Richlyn Young, Courtroom Manager