ORIGINAL

TODD W. EDDINS, #5544
1001 Bishop Street
Pauahi Tower, Suite 1320
Honolulu, Hawaii 96813
Telephone No. 808 538.1110
Facsimile No. 808 528.2440
E-Mail: Eddins@Eddinsdefense.com
Attorney for Defendant James Troiano

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 5 2006

at 2 o'clock and 50 min. __P__M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00261 HG |
| Plaintiff, ) | |
| vs. ) | NOTICE OF WITHDRAWAL |
| ) | AND SUBSTITUTION OF |
| JAMES TROIANO, (01) ) | COUNSEL |
| Defendant. ) | |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Todd Eddins, attorney for James Troiano, hereby withdraws as counsel for Mr. Troiano, and Walter Schoettle hereby substitutes as counsel.

DATED:   Honolulu, Hawaii ~~May 30, 2006~~

_____          _____
Walter Schoettle                                  Todd Eddins, Esq.

APPROVED & SO ORDERED:

_____
Honorable Kevin S.C. Chang                (signed 6-5-06)
Magistrate Judge

1