ORIGINAL

TODD W. EDDINS, #5544
1001 Bishop Street
Pauahi Tower, Suite 1320
Honolulu, Hawaii 96813
Telephone No. 808 538.1110
Facsimile No. 808 528.2440
E-Mail: Eddins@Eddinsdefense.com
Attorney for Defendant James Troiano

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 05 2006

at 2 o'clock and 50 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES TROIANO, (01)<br><br>Defendant. | CR. NO. 05-00261 HG<br><br>ADDENDUM TO NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL SIGNED BY THE ATTORNEYS ON MAY 30, 2006 |

ADDENDUM TO NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL SIGNED BY THE ATTORNEYS ON MAY 30, 2006

Todd Eddins, attorney for James Troiano, hereby withdraws as counsel for Mr. Troiano, and Walter Schoettle hereby substitutes as counsel.

I, James Troiano, knowingly, voluntarily, and intelligently agree that Mr. Eddins withdraw as counsel, and Walter Schoettle substitute as counsel.

DATED: Honolulu, Hawaii   June 4, 2006

/s/ James Troiano
JAMES TROIANO

1