```
EDWARD H. KUBO, JR.         #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON           #4532
Chief, Major Crimes

CLARE E. CONNORS            #7936
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    clare.connors@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00261 HG |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S NOTICE OF NON-OBJECTION; CERTIFICATE OF SERVICE |
| vs. | ) | |
| JAMES TROIANO, (01) also known as: "John Klatt," | ) | |
| Defendant. | ) | |

**GOVERNMENT'S NOTICE OF NON-OBJECTION**

The UNITED STATES has no objections or other additions to the Proposed Presentence Report in the above-captioned matter.

DATED: June 16, 2006, at Honolulu, Hawaii.

```
                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii

                              By /s/ Clare E. Connors
                                 CLARE E. CONNORS
                                 Assistant U.S. Attorney
```

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**<u>Served Electronically through CM/ECF</u>**:

Walter R. Schoettle, Esq.        June 16, 2006
papaaloa@umich.edu

Attorney for Defendant
JAMES TROIANO

**<u>Served by Hand-Delivery</u>**:

Presentence Unit                 June 16, 2006
U.S. Probation Office
Attn:  Roy Kawamoto
300 Ala Moana Blvd., Room 2-215
Honolulu, Hawaii 96850


DATED:  June 16, 2006, at Honolulu, Hawaii.


                                  /s/ Iris Tanaka