WALTER R. SCHOETTLE, A LAW CORP.

WALTER R. SCHOETTLE   1559
P. O. Box 596
Honolulu, Hawaii   96809-0596
Telephone: 537-3514
email: papaaloa@umich.edu

Attorney for Defendant
JAMES TROIANO

## UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            v.<br><br>JAMES TROIANO,<br><br>            Defendant. | Criminal No. CR05-00261 HG-01<br><br>MOTION TO CONTINUE SENTENCING; DECLARATION OF WALTER R. SCHOETTLE; CERTIFICATE OF SERVICE |

### MOTION TO CONTINUE SENTENCING

Comes now Defendant, JAMES TROIANO, through his undersigned counsel, pursuant to Fed.R.Crim.Proc., Rule 45(b), and moves this Honorable Court for a continuance of his sentencing hearing upon the grounds set forth in the attached declaration of Walter R. Schoettle.

Dated: Honolulu, Hawaii, July 24, 2006.

/S/ Walter R. Schoettle,
Attorney for Defendant,
JAMES TROIANO

1