**UNITED STATES DISTRICT COURT**

**DISTRICT OF HAWAII**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            v.<br><br>JAMES TROIANO,<br><br>            Defendant. | Criminal No. CR05-00261 HG-01<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

   I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Clare E. Connors                July 24, 2006

clare.connors@usdoj.gov

Wes Porter                      July 24, 2006

wes.porter@usdoj.gov

Attorney for United States of America

Served by First Class Mail:

Pamela E. Tamashiro             July 24, 2006
Law Office of Pamela E. Tamashiro
Ocean View Center
707 Richards St PH 7
Honolulu, HI 96813

     Dated: Honolulu, Hawaii, July 24, 2006.

                              /s/Walter R. Schoettle