# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

July 27, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR 05-00261-01HG

CASE NAME:       UNITED STATES OF AMERICA v. JAMES TROIANO aka "John Klatt"

ATTYS FOR PLA:   Wes R. Porter
                 Brian Johnson, Case Agent, HPD
                 Charles Pang, Case Agent, ATF

ATTYS FOR DEFT:  Walter R. Schoettle

INTERPRETER:     Roy T. Kawamoto

---

JUDGE:   Helen Gillmor          REPORTER:   Stephen Platt

DATE:    July 27, 2006          TIME:       3:45 - 4:10

---

COURT ACTION:  SENTENCING AS TO COUNT 1, 2, 3, and 4 OF THE
               SUPERSEDING INDICTMENT -
               DEFENDANT JAMES TROIANO'S MOTION TO CONTINUE
               SENTENCING HEARING -

The defendant is present in custody.

Defendant's Motion to Continue Sentencing Hearing is GRANTED.  The sentencing is continued to August 24, 2006 @ 3:00 p.m.

IT IS ORDERED that the Defendant's Supplemental Sentencing Statement and Government's Certified Copy of Defendant's Prior Convictions shall be filed by August 10, 2006. The Government's  response to the Defendant's Supplemental Sentencing Statement, if any, shall be filed by August 17, 2006.

Submitted by: David H. Hisashima, Courtroom Manager