# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

August 1, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CR. 05-00261HG

CASE NAME:      U.S.A. vs. (01) JAMES TROIANO

JUDGE:    Helen Gillmor            REPORTER:

DATE:     August 1, 2006           TIME:

COURT ACTION:            **<u>MINUTE ORDER</u>**

    The deadline for filing of the Government's response to Defendant's Supplemental Sentencing Statement is extended from August 17, 2006 to August 22, 2006.

    Submitted by: David H. Hisashima, Courtroom Manager

cc:   Walter R. Schoettle, Esq.
      U.S.P.O. Roy T. Kawamoto
      Judge Gillmor's chambers