WALTER R. SCHOETTLE, A LAW CORP.

WALTER R. SCHOETTLE   1559
P. O. Box 596
Honolulu, Hawaii   96809-0596
Telephone: 537-3514
email: papaaloa@umich.edu

Attorney for Defendant
JAMES TROIANO

**UNITED STATES DISTRICT COURT**

**DISTRICT OF HAWAII**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        v.<br><br>JAMES TROIANO,<br><br>        Defendant. | Criminal No. CR05-00261 HG-01<br><br>NOTICE OF APPEAL; CERTIFICATE OF SERVICE |

**NOTICE OF APPEAL**

Notice is hereby given that JAMES TROIANO, defendants in the above case,[fn*] hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment announced in open court, on August 24, 2006, effective upon entry thereof, pursuant to F.R.A.P., Rule 4(b)(2).

Dated: Honolulu, Hawaii, September 11, 2006.

/S/ Walter R. Schoettle
WALTER R. SCHOETTLE,
Attorney for Defendant
JAMES TROIANO