WALTER R. SCHOETTLE, A LAW CORP.

WALTER R. SCHOETTLE   1559
P. O. Box 596
Honolulu, Hawaii   96809-0596
Telephone: 537-3514
email: papaaloa@umich.edu

Attorney for Defendant
JAMES TROIANO

**UNITED STATES DISTRICT COURT**

**DISTRICT OF HAWAII**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          v.<br><br>JAMES TROIANO,<br><br>          Defendant. | Criminal No. CR05-00261 HG-01<br><br>NOTICE OF APPEAL; CERTIFICATE OF SERVICE |

**NOTICE OF APPEAL**

    Notice is hereby given that JAMES TROIANO, defendants in the above case,[fn*] *JAMES TROIANO hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment announced in open court, on August 24, 2006, effective upon entry thereof, pursuant to F.R.A.P., Rule 4(b)(2).

    Dated: Honolulu, Hawaii, September 11, 2006.

/S/ Walter R. Schoettle
WALTER R. SCHOETTLE,
Attorney for Defendant
JAMES TROIANO

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>JAMES TROIANO,<br><br>    Defendant. | Criminal No. CR05-00261 HG-01<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Clare E. Connors                    September 11, 2006

clare.connors@usdoj.gov

Attorney for United States of America

Served by First Class Mail:

Pamela E. Tamashiro                 September 11, 2006
Law Office of Pamela E. Tamashiro
Ocean View Center
707 Richards St PH 7
Honolulu, HI 96813

    Dated: Honolulu, Hawaii, September 11, 2006.

                        /s/Walter R. Schoettle