UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

Sue Beitia
Clerk of Court

TEL (808) 541-1300
FAX (808) 541-1303

September 18, 2006

Clare E. Connors, Esq.
Office of the U.S. Attorney
Prince Kuhio Federal Building
300 Ala Moana Blvd., Suite 6100
Honolulu, Hi   96850


IN RE:        U.S.A v. James Troiano
CR NO.        05-00261 HG-01

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on September 11, 2006.

All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely,
Sue Beitia, Clerk

By    Anna F. Chang
      Deputy Clerk


Enclosures

cc:    Clerk, 9th CCA w/copy of NA,
            docket sheet, dfnf
       Walter R. Schoettle, Esq.
            with copy of instructions for criminal appeals
            Transcript Desig. & Ordering Form
            with instructions and a copy of the
            docket sheet

Memorandum                                                          Date: September 18, 2006

To:    Parties in U.S. vs. James Troiano

       D.C. No.: CR 05-00261 HG-01

From: Clerk, United States District Court

       By: Criminal Appeals Deputy Clerk

Re:    Criminal Appeals Expediting Program


       The attached time schedule has been established pursuant to the Criminal Appeals Expediting Program of the U.S. Court of Appeals for the Ninth Circuit. Please note the due dates or payment of the docketing fee (if not already paid or proceeding under the CJA) and for designating the court reporter's transcript, if any. These dates are set under guidelines established by the Court of Appeals, and any modification of the dates can only be authorized by that court.

       A copy of your notice of appeal and other docketing information is being mailed to the court of Appeals forthwith. You will receive a docketing letter from the Court of Appeals with the appeal number and other essential information within a few days.

       If there is any uncertainty as to appellant's financial ability or counsel's willingness to prosecute the appeal, these questions should be brought immediately to the attention of the district judge or to the Court of Appeals. Failure to adhere to the attached time schedule may result in dismissal of the appeal and/or disciplinary measures against counsel of record. See Ninth Circuit Rule 42-1; Ninth Circuit Rules Appendix, 2-5.

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.  **SHORT CASE TITLE:**   U.S.A. vs. James Troiano

   **U.S. COURT OF APPEALS DOCKET NUMBER:** _____

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:**   CR 05-00261 HG-01


II  **DATE NOTICE OF APPEAL FILED:**   September 11, 2006


III  **U.S. COURT OF APPEALS PAYMENT STATUS:**

   **DOCKET FEE PAID ON:**                **AMOUNT:**

   **NOT PAID YET:**   X    **BILLED:** Mr. Schoettle to file Motion for Leave to Proceed IFP on appeal.

   **U.S. GOVERNMENT APPEAL:**           **FEE WAIVED:**

   **WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**   Yes

   **IF YES, SHOW DATE:**   CJA 20: 6/22/05, 7/22/05, 10/13/05

   **WAS F.P. STATUS REVOKED:**        **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**


IV  **COMPANION CASES, IF ANY:**


V.  **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Anna F. Chang

_____

AMENDED NOTIFICATION _____ PAID _____ F.P. _____
DISTRICT COURT CLERK BY: _____

(Note:  This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

TO:        Clerk, U.S. Court of Appeals                              Date: September 18, 2006

FROM:    Clerk, U.S. District Court, Hawaii

SUBJECT: New Appeals Docketing Information, Criminal Case

CASE INFORMATION

COMPLETE TITLE:        U.S.A. vs James Troiano

U.S.D.C CASE NO.       CR 05-00261 HG-01

U.S.D.C. JUDGE:        Helen Gillmor

(✓) COMPLAINT filed: 05/19/2005, (✓) INDICTMENT filed: 06/22/2005; (✓)SUPERSEDING Indictment filed: 10/05/2005.

APPEALED ORDER FILED:         September 12, 2006

NOTICE OF APPEAL FILED:       September 11, 2006

COUNSEL INFORMATION

APPELLANT:                                           APPELLEE:
Walter R. Schoettle, Esq.                            Clare E. Connors, Esq.
P.O. Box 596                                         Office of the U.S. Attorney
Honolulu, Hawaii 96809-0596                          Prince Kuhio Federal Building
                                                     300 Ala Moana Blvd., Suite 6100
                                                     Honolulu, Hi   96850

(List multiple counsel on separate sheet and attach.)

APPOINTED BY: RETAINED;  Previous CJA appointments on 6/22/05, 7/22/05, 10/13/05.
        (e.g. C.J.A., Public Defender, Other.)

DEFENDANT INFORMATION

F/P GRANTED:      __

NO OF DAYS OF TRIAL:   8                    COURT REPORTER(S):
                                            FTR; Stephen Platt; Cynthia Fazio; Sharon Ross; Debra Chun

CUSTODY:          X

BAIL:             __

COUNSEL WAIVED:   __