ORIGINAL

September 14, 2006

Milton J. Agader
PO Box 31
Waialua, HI 96791


Clerk, U.S. District Court
Room C-338, USA Courthouse
300 Ala Moana Blvd
Honolulu, HI 96850

SUBJECT: US Vs Tony Esparza   -CR-05-00737(01)HG
          Wendell Toki   CR-05-00261(02) HG
          James Troiano   CR-05-00261(01)HG

I am the owner of The Brown Bottle, a liquor/convenience store in Waialua. I was the victim in the robbery case involving the above defendants. The armed robbery occurred early Monday morning the day after Mother's Day 2005.

On around June 1, 2006 I received $ 8,550 from the HPD evidence room. The cash was part of the amount taken during the robbery and was used as evidence in the trial.


Milton J. Agader

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 1 8 2006
DISTRICT OF HAWAII