WALTER R. SCHOETTLE, A LAW CORP.

WALTER R. SCHOETTLE    1559
P. O. Box 596
Honolulu, Hawaii    96809-0596
Telephone: 537-3514
email: papaaloa@umich.edu

Attorney for Defendant
JAMES TROIANO

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 21 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

## UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAMES TROIANO,<br><br>*Defendant-Appellant.* | Criminal No. CR05-00261 HG-01<br><br>APPLICATION FOR INDIGENT STATUS ON APPEAL; DECLARATION OF WALTER R. SCHOETTLE; EXHIBITS "A" AND "B"; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE |

**APPLICATION FOR INDIGENT STATUS ON APPEAL**

Comes now Defendant-Appellant, JAMES TROIANO, through his undersigned counsel, pursuant to 18 U.S.C. § 3006A, Fed.R.App.Proc., Rule 24(a), and Ninth Circuit Court Local Rule 4-1(b), and moves this Honorable Court for an order allowing him to proceed on appeal *in forma pauperis* and for appointment of present counsel as counsel on appeal. This motion is based upon the attached memorandum and declaration of Walter R. Schoettle, CJA Form 23, and F.R.A.P., Form 4, attached as Exhibits "A" and "B" respectively.

1

Dated: Honolulu, Hawaii, September 20, 2006.

/S/ Walter R. Schoettle
WALTER R. SCHOETTLE,
Attorney for Defendant
JAMES TROIANO