**CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Clare E. Connors                    September 21, 2006

clare.connors@usdoj.gov

Attorney for United States of America

Served by First Class Mail:

Pamela E. Tamashiro                 September 21, 2006
Law Office of Pamela E. Tamashiro
Ocean View Center
707 Richards St PH 7
Honolulu, HI 96813


    Dated: Honolulu, Hawaii, September 21, 2006.

                                    /s/ Walter R. Schoettle
                                    Walter R. Schoettle