UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**FILED**
SEP 25 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** U.S.A. vs. James Troiano

**U.S. COURT OF APPEALS DOCKET NUMBER:** 06-10573

**U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

**U.S. DISTRICT COURT DOCKET NUMBER:** CR 05-00261 HG-01

RECEIVED
CLERK U.S. DISTRICT COURT
SEP 26 2006
DISTRICT OF HAWAII

II **DATE NOTICE OF APPEAL FILED:** September 11, 2006

III **U.S. COURT OF APPEALS PAYMENT STATUS:**

**DOCKET FEE PAID ON:**   **AMOUNT:**

**NOT PAID YET:** X   **BILLED:** Mr. Schoettle to file Motion for Leave to Proceed IFP on appeal.

**U.S. GOVERNMENT APPEAL:**   **FEE WAIVED:**

**WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?** Yes

**IF YES, SHOW DATE:** CJA 20: 6/22/05, 7/22/05, 10/13/05

**WAS F.P. STATUS REVOKED:**   **DATE:**

**WAS F.P. STATUS LIMITED IN SOME FASHION?**

**IF YES, EXPLAIN:**

IV **COMPANION CASES, IF ANY:**

V **COMPLETED IN THE U.S. DISTRICT COURT BY:**

Anna F. Chang

AMENDED NOTIFICATION _____ PAID _____ F.P. _____
DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)