UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

October 2, 2006

CLERK US COURT OF APPEALS
FOR THE NINTH CIRCUIT
95 SEVENTH STREET
P O BOX 193939
SAN FRANCISCO CA 94119-3939

Re: U.S.D.C. for the District of Hawaii Criminal Case No. 05-00261HG-01
United States of America vs. James Troiano
**9CCA NO. 06-10573**

Dear Madam Clerk:

As appellant James Troiano presently has an appeal pending before the Ninth Circuit Court of Appeals, U.S. District Judge Helen Gillmor has directed our office to refer Mr. Troiano's IFP motion to the Office of the Clerk for the U.S. Court of Appeals. Accordingly, please find enclosed a certified copy of Mr. Troiano's pleading titled *"Application for Indigent Status on Appeal; Declaration of Walter R. Schoettle; Exhibits "A" and "B"; Memorandum in Support of Motion; Certificate of Service."*

Very truly yours,

SUE BEITIA, CLERK
by: Anna F. Chang
Deputy Clerk

encl.
cc via e-mail:   Walter R. Schoettle, Esq.