UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 0 6 2006

CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 06-10573 |
| Plaintiff - Appellee, | D.C. No. CR-05-00261-HG<br>District of Hawaii,<br>Honolulu |
| v. | |
| JAMES TROIANO, | ORDER |
| Defendant - Appellant. | |

A review of this court's docket reflects that the filing and docketing fees for this appeal remain due. Within 14 days after the date of this order, appellant shall (1) pay to the district court the $455 filing and docketing fees for this appeal and file in this court proof of such payment, or (2) file in this court a motion to proceed in forma pauperis accompanied by a completed financial affidavit (CJA Form 23). Failure to pay the fees or file a motion to proceed in forma pauperis may result in dismissal of the appeal for failure to prosecute. *See* 9th Cir. R. 42-1.

For the Court:

*[signature]*
Adrienne H. Hickman
Deputy Clerk
Ninth Cir. R. 27-7
General Orders/Appendix A

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 1 0 2006
DISTRICT OF HAWAII

S:\MOATT\Clrkords\10.06\ahh\06-10573.wpd