ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

**Amended** Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____ U.S. District Court Case No. __1:05-CR-261-HG-ALL__

Short Case Title __USA v. JAMES TROIANO, et al__

Date Notice of Appeal Filed by Clerk of District Court __9/11/2006__

SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| 7/22/05; 10/13/05; 5/22/06 | ESR/Tape/CD/FTR | ~~XXXX~~ pre and post trial proceedings |
| 8/8/05; 10/24/05 | Steven Platt/Debra Chun | ~~XXXXXXXXXXX~~ pre-trial proceedings |
| 2/23/06 | Sharon Ross | ~~XXXXXXXXXXXX~~ pre-trial proceedings |
| 3/29/06 | Lisa Groulx | ~~XXXXXXXXXX~~ pre-trial proceedings |
| 3/17/06 | Cynthia Fazui | ~~XXXXXXXXXXX~~ pre-trial procedings |
| 4/4; 4/5; 4/10/06 | Sharon Ross | ~~XXXXXXXXXX~~ trial & voir dire |
| 4/11; 4/12; 4/13; 4/18; 4/19/06 | Steven Platt | Other (please specify) trial |

(additional page for designations if necessary)

(X) I have submitted an applicaton to proceed in forma pauperis and relevant CJA 24 forms
( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __9/22/2006__ Estimated date for completion of transcript _____

Print Name of Attorney __Walter R. Schoettle__ Phone Number __537-3514__

Signature of Attorney __[signature]__

Address __P. O. Box 596, Honolulu, Hawaii  96809__

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 17 2006

at 3 o'clock and 30 min P M
SUE BEITIA, CLERK

SECTION B - To be completed by court reporter

I, _____ have received this designation.
       (signature of court reporter)

( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____ Court Reporter's Signature _____

SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

__Sue Beitia__                                         BY: _____
(U.S. District Court Clerk)         (date)                    DEPUTY CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              v.<br><br>JAMES TROIANO,<br><br>              Defendant. | Criminal No. CR05-00261 HG-01<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Clare E. Connors                    October 17, 2006

clare.connors@usdoj.gov

Attorney for United States of America

Served by First Class Mail:

Pamela E. Tamashiro                 October 17, 2006
Law Office of Pamela E. Tamashiro
Ocean View Center
707 Richards St PH 7
Honolulu, HI 96813


Dated: Honolulu, Hawaii, October 17, 2006.

/s/Walter R. Schoettle