UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
OCT 20 2006
CATHY A. CATTERSON
CLERK, U S COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 06-10573 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-05-00261-HG |
| v. | District of Hawaii, Honolulu |
| JAMES TROIANO, | ORDER |
| Defendant - Appellant. | |

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 26 2006
DISTRICT OF HAWAII

Before: Peter L. Shaw, Appellate Commissioner

Appellant's motion to proceed in forma pauperis, forwarded to this court by the district court, is granted.

Appellant's motion for appointment of counsel is also granted. Counsel will be appointed by separate order.

The Clerk shall serve a copy of this order by facsimile transmission on Magistrate Judge Barry M. Kurren, U.S. District Court for the District of Hawaii, P.O. Box 50122, Honolulu, Hawaii 96850, (FAX: (808) 541-3500), who will locate appointed counsel. Magistrate Judge Kurren may wish to consider appointing Walter R. Schoettle, Esq., appellant's previously retained counsel, who is willing to represent appellant on appeal. The district court shall provide the Clerk of this court with the name and address of appointed counsel by facsimile transmission (FAX: (415) 556-6228) within 14 days of locating counsel.

The court, on its own motion, expedites the briefing and hearing of this appeal. The provisions of Ninth Circuit Rule 31-2.2(a) shall not apply to this

06-10573

appeal. Any motions to extend time to file the briefs will be strongly disfavored.

New counsel shall designate the reporter's transcript by November 15, 2006. The transcript is due December 15, 2006. Appellant's opening brief and excerpts of record are due January 24, 2007; appellee's answering brief is due February 23, 2007; and the optional reply brief is due within 14 days after service of the answering brief.

The Clerk shall also serve a CJA Form 24 and a certified copy of this order on counsel Schoettle. *See* 28 U.S.C. § 753(f). If appellant is seeking transcripts of proceedings requiring special authorization, that authorization should be obtained from the district court. *See* VI Guide to Judiciary Policies & Procedures § 13.6.1.b.(2)(a)-(g).

Upon filing the transcripts, the court reporter shall submit the CJA Form 24 to this court for payment.

The Clerk shall amend the docket to reflect appellant's pauper status.

The Clerk shall serve this order on former counsel Walter R. Schoettle, Esq.

*Peter L. Shaw*
General Order 6.3(e)

CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 5/99)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY<br>☐ Felony    ☐ Petty Offense<br>☐ Misdemeanor ☐ Other<br>☐ Appeal | 9. TYPE PERSON REPRESENTED<br>☐ Adult Defendant  ☐ Appellant<br>☐ Juvenile Defendant ☐ Appellee<br>☐ Other | 10. REPRESENTATION TYPE<br>(See Instructions) |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

### REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)

13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).

| 14. SPECIAL AUTHORIZATIONS | JUDGE'S INITIALS |
|---|---|
| A. Apportioned ____ % of transcript with (Give case name and | |
| B. ☐ Expedited  ☐ Daily  ☐ Hourly Transcript  ☐ Realtime Unedited Transcript | |
| C. ☐ Prosecution Opening Statement ☐ Prosecution Argument ☐ Prosecution Rebuttal<br>   ☐ Defense Opening Statement ☐ Defense Argument ☐ Voir Dire ☐ Jury Instructions | |
| D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act. | |

| 15. ATTORNEY'S STATEMENT | 16. COURT ORDER |
|---|---|
| As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act. | Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.<br><br>**SEE ATTACHED ORDER** |
| _____<br>Signature of Attorney         Date | _____<br>Signature of Presiding Judicial Officer or By Order of the Court |
| Printed Name<br>Telephone<br>☐ Panel Attorney  ☐ Retained Attorney  ☐ Pro-Se  ☐ Legal Organization | Date of Order         Nunc Pro Tunc Date |

### CLAIM FOR SERVICES

| 17. COURT REPORTER/TRANSCRIBER STATUS<br>☐ Official  ☐ Contract  ☐ Transcriber  ☐ Other | 18. PAYEE'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS |
|---|---|
| 19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE | Telephone |

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expense (Itemize) | | | | | | |

TOTAL AMOUNT CLAIMED:

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of _____   Date _____

### ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK  I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk _____   Date _____

### APPROVED FOR PAYMENT — COURT USE ONLY

| 23. APPROVED FOR PAYMENT | 24. AMOUNT APPROVED |
|---|---|
| Signature of Judicial Officer or Clerk of Court         Date | |