**CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| | |
|---|---|
| Clare E. Connors<br>clare.connors@usdoj.gov<br>Attorney for United States of America | October 30, 2006 |

Served by hand delivery:

| | |
|---|---|
| ESR/Tape/CD/FTR<br>c/o Clerk<br>U.S. District Court<br>Honolulu, Hawaii 96850 | October 30, 2006 |

Served by First Class Mail:

| | |
|---|---|
| Stephen Platt<br>300 Ala Moana Blvd.<br>Suite 287<br>Honolulu, Hawaii 96850 | October 30, 2006 |
| Debra Chun<br>P. O. Box 50131<br>Honolulu, Hawaii 96850 | October 30, 2006 |
| Sharon Ross<br>P. O. Box 50131<br>Honolulu, Hawaii 96850 | October 30, 2006 |
| Lisa Groulx<br>P. O. Box 102<br>Honolulu, Hawaii 96810 | October 30, 2006 |
| Cynthia Fazio<br>P. O. Box 50131<br>Honolulu, Hawaii 96850 | October 30, 2006 |

Dated: Honolulu, Hawaii, October 30, 2006.

/s/ Walter R. Schoettle