IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00261 HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER APPOINTING COUNSEL |
| vs. | ) | |
| | ) | |
| JAMES TROIANO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER APPOINTING COUNSEL**

Pursuant to the Order granting Appellant's Motion to Proceed in Forma Pauperis and Motion for appointment of Counsel filed on October 20, 2006, the Court hereby appoints Walter R. Schoettle, Esq. as appellate counsel for Defendant James Troiano.

DATED at Honolulu, Hawai`i, November 2, 2006.



/S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States Magistrate Judge