# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

**ORIGINAL**

U.S. Court of Appeals Case No. 06-10573     U.S. District Court Case No. 05-00261 HG

Short Case Title: USA v. James Troiano

Date Notice of Appeal Filed by Clerk of District Court: 9/11/2006

## SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| 8/24/06 | Debra Chun | ~~Voir Dire~~ Sentencing (continuation) |
| 7/27/06 | Stephen Platt | ~~Opening Statements~~ Sentencing |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| | | Other (please specify) |

(additional page for designations if necessary)

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
NOV 01 2006
at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered: 11/1/2006     Estimated date for completion of transcript: 12/15/2006

Print Name of Attorney: Clare E. Connors     Phone Number: (808) 541-2850

Signature of Attorney: _____

Address: 300 Ala Moana Blvd., Room 6-100, Honolulu, Hawaii 96850

## SECTION B - To be completed by court reporter

I, _____ (signature of court reporter) have received this designation.
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

## SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____ Court Reporter's Signature _____

## SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

Walter A.Y.H. Chinn _____ BY: _____
(U.S. District Court Clerk)     (date)     DEPUTY CLERK

# INSTRUCTIONS FOR TRANSCRIPT DESIGNATION AND ORDERING FORM

## INSTRUCTIONS FOR ATTORNEYS
(1) Complete Section A, place additional designations on blank paper if needed.
(2) File Original with the district court.
(3) Serve a copy on opposing counsel(s). Make additional photocopies if necessary.
(4) Serve a copy on each court reporter. (Make additional copies if necessary.) Contact court reporter(s) to make further arrangements for payment.
(5) Continue to monitor progress of transcript preparation.

## INSTRUCTIONS FOR COURT REPORTER
Be sure to notify the court of appeals if suitable arrangements are not made and you do not intend to commence preparation of the transcript.

(1) When designation is received, contact the attorney regarding payment.
(2) Complete section B and send to court of appeals in compliance with FRAP 11(b).
(3) Complete section C and send to the district court upon completion of the transcript(s).

## INSTRUCTIONS FOR THE CLERK
Section D (Certificate of Record) should be completed and transmitted to the court of appeals by the district court clerk when transcripts are filed and the record is complete in the district court.

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served Electronically through CM/ECF:**

Walter R. Schoettle                     November 1, 2006
papaaloa@umich.edu


DATED: November 1, 2006, at Honolulu, Hawaii.

_/s/_