

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

**Second Amended** Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 06-10573        U.S. District Court Case No. CR-05-00261-HG

Short Case Title  USA v. Troiano

Date Notice of Appeal Filed by Clerk of District Court  9/11/2006

SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| 7/22/05; 10/13/05; 5/22/06 | ESR/Tape/CD/FTR | pretrial & post trial proceedings |
| 8/8/05; 10/24/05 | Stephen Platt/Debra Chun | pre-trial proceedings |
| 3/23/06 | Sharon Ross | pre-trial proceedings |
| 3/29/06 | Lisa Groulx | pre-trial proceedings |
| 3/17/06 | Cynthia Fazio | pre-trial proceedings |
| 4/4; 4/5; 4/10/06 | Sharon Ross | trial |
| 4/11; 4/12; 4/13; 4/18; 4/19/06 | Steven Platt | trial |

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(x) I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. Copy attached

Date transcript ordered  October 27, 2006        Estimated date for completion of transcript _____

Print Name of Attorney  Walter R. Schoettle      Phone Number  537-3514

Signature of Attorney  /s/ Walter R. Schoettle

Address  P. O. Box 596, Honolulu, Hawaii  96809

DISTRICT OF HAWAII
DEC 21 2006
at ___ o'clock and ___ min. __ M
SUE BEITIA, CLERK

SECTION B - To be completed by court reporter

I, _____ (signature of court reporter) have received

( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

714  Approximate Number of Pages in Transcript--Due Date  12/15/06

SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed  12/15/06    Court Reporter's Signature _____

SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia          12·21·06      BY:  Alison Querry
(U.S. District Court Clerk)    (date)              DEPUTY CLERK