WALTER R. SCHOETTLE, A LAW CORP.

WALTER R. SCHOETTLE   1559
P. O. Box 596
Honolulu, Hawaii   96809-0596
Telephone: 537-3514
email: papaaloa@umich.edu

Attorney for Defendant
JAMES TROIANO

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 03 2007

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

## UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAMES TROIANO,<br><br>Defendant. | Criminal No. CR05-00261 HG-01<br><br>REQUEST FOR COPY OF SEALED TRANSCRIPT; CERTIFICATE OF SERVICE<br><br>Hon. Helen Gillmor |

### REQUEST FOR COPY OF SEALED TRANSCRIPT

Defendant-Appellant, JAMES TRIOANO, through his undersigned counsel, hereby requests a copy of the sealed transcript of hearing held before March 23, 2006. At this time, Defendant-Appellant does not wish for said transcript to be unsealed or provided to the prosecutor until counsel has had an opportunity to review the same.

Dated: Honolulu, Hawaii, January 3, 2007.

/S/ Walter R. Schoettle
Attorney for Defendant

1

**CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Clare E. Connors                January 3, 2007
clare.connors@usdoj.gov
Attorney for United States of America

Served by mail:

Served by hand delivery:

    Dated: Honolulu, Hawaii, January 3, 2007.

    /s/Walter R. Schoettle