# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

January 9, 2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 05-00261HG |
| CASE NAME: | U.S.A. vs. (01) JAMES TROIANO |
| ATTYS FOR PLA: | Wes R. Porter, AUSA |
| | Clare E. Connors, AUSA |
| ATTYS FOR DEFT: | Walter R. Schoettle, Esq. |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | |
| DATE: | January 9, 2007 | TIME: | |

## MINUTE ORDER

On January 3, 2007, Defendant-Appellant, James Troiano filed a REQUEST FOR COPY OF SEALED TRANSCRIPT.

Troiano's REQUEST FOR COPY OF SEALED TRANSCRIPT (Doc. 262) is **GRANTED**.

The court reporter shall provide Troiano with a copy of the sealed transcript of the hearing held on March 29, 2006. The March 29, 2006 hearing transcript shall remain sealed. If the prosecution wishes to obtain a copy of the March 29, 2006 sealed transcript, it may file a request with the Court.

IT IS SO ORDERED.

Submitted by: Mary Rose Feria, Courtroom Manager

cc: Wes R. Porter, AUSA
    Clare E. Connors, AUSA
    Walter R. Schoettle, Esq.
    Court Reporter Supervisor Debra Chun
    Chief Judge Gillmor's chambers