EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON    #4532
Chief, Major Crimes

CLARE E. CONNORS    #7936
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone: 541-2850
facsimile: 541-2958
e-mail: clare.connors@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00261 HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | UNITED STATES' REQUEST FOR |
| | ) | COPY OF SEALED TRANSCRIPT; |
| JAMES TROIANO,           (01) | ) | CERTIFICATE OF SERVICE |
|    also known as: | ) | |
|    "JOHN KLATT," | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## UNITED STATES' REQUEST FOR SEALED TRANSCRIPT

COMES NOW the United States of America, by and through its attorneys, Edward H. Kubo, Jr., United States Attorney for the District of Hawaii, and Clare E. Connors, Assistant United States Attorney, and hereby submits its Request for Copy of Sealed Transcript.

On January 3, 2007, Defendant requested a transcript of the sealed portion of the March 23, 2006 hearing in the above-captioned matter.  He stated, however, that he wished for the transcript to remain sealed until he has had an opportunity to review it.  In light of the issues Defendant has indicated he will raise on appeal, preventing the United States from obtaining a copy at this time may unfairly prejudice it in its ability to respond in a timely fashion to arguments and issues raised by Defendant.

Accordingly, and pursuant to the Court's order issued on January 9, 2007, the United States hereby requests a copy of the sealed portion of the March 23, 2006 transcript.

DATED: January 12, 2007, at Honolulu, Hawaii.

    Respectfully submitted,
    EDWARD H. KUBO, JR.
    United States Attorney
    District of Hawaii

    By /s/ Clare E. Connors
      CLARE E. CONNORS
      Assistant U.S. Attorneys

    Attorneys for Plaintiff
    UNITED STATES OF AMERICA

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**<u>Served Electronically through CM/ECF</u>:**

    Walter R. Schoettle         January 12, 2007
    papaaloa@umich.edu

    Attorney for Defendant
    JAMES TROIANO

    DATED: January 12, 2007, at Honolulu, Hawaii.

                                  <u>/s/ Iris Tanaka</u>