```
WALTER R. SCHOETTLE, A LAW CORP.

WALTER R. SCHOETTLE    1559
P. O. Box 596
Honolulu, Hawaii    96809-0596
Telephone: 537-3514
email: papaaloa@umich.edu

Attorney for Defendant
JAMES TROIANO
```

**UNITED STATES DISTRICT COURT**

**DISTRICT OF HAWAII**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        v.<br><br>JAMES TROIANO,<br><br>        Defendant. | Criminal No. CR05-00261 HG-01<br><br>STATEMENT OF NON-OPPOSITION TO PROSECUTION REQUEST FOR COPY OF SEALED TRANSCRIPT; CERTIFICATE OF SERVICE<br><br>Hon. Helen Gillmor |

**STATEMENT OF NON-OPPOSITION TO PROSECUTION REQUEST FOR COPY OF SEALED TRANSCRIPT**

The undersigned, having been furnished with copy of the sealed portion of the hearing before the Hon. Helen Gillmor on March 29, 2006, by e-mail at 9:56 p.m. on January 15, 2007, by contract court reporter Lisa Groulx and having reviewed the same, has no objection to the prosecution being furnished with a copy of said transcript.

Dated: Honolulu, Hawaii, January 16, 2007.

                                        _____
                                        WALTER R. SCHOETTLE,
                                        Attorney for Defendant-Appellant