**CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Clare E. Connors                January 16, 2007
clare.connors@usdoj.gov
Attorney for United States of America

Served by hand delivery:

Served by First Class Mail:


Lisa Groulx                     January 16, 20076
P. O. Box 102
Honolulu, Hawaii   96810


      Dated: Honolulu, Hawaii, January 16, 2007.


                                /s/Walter R. Schoettle