# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

January 19, 2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 05-00261HG |
| CASE NAME: | U.S.A. vs. (01) JAMES TROIANO |
| ATTYS FOR PLA: | Wes R. Porter, AUSA<br>Clare E. Connors, AUSA |
| ATTYS FOR DEFT: | Walter R. Schoettle, Esq. |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | |
| DATE: | January 19, 2007 | TIME: | |

## MINUTE ORDER

On January 3, 2007, Defendant-Appellant, James Troiano filed a Request for Copy of Sealed Transcript. By Minute Order dated January 9, 2007, the Court granted Troiano's Request for Copy of Sealed Transcript.

On January 12, 2007, the United States' filed a REQUEST FOR SEALED TRANSCRIPT (Doc. 264.)

On January 16, 2007, Troiano filed a Statement of Non-Opposition to Prosecution Request for Copy of Sealed Transcript. (Doc. 265.)

The United States' REQUEST FOR SEALED TRANSCRIPT (Doc. 264) is **GRANTED**. The court reporter shall provide the United States with a copy of the sealed transcript of the hearing held on March 29, 2006.

IT IS SO ORDERED.

Submitted by: Mary Rose Feria, Courtroom Manager

cc:    Wes R. Porter, AUSA
       Clare E. Connors, AUSA
       Walter R. Schoettle, Esq.
       Court Reporter Supervisor Debra Chun
       Chief Judge Gillmor's chambers