# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: October 3, 2007

To:   United States Court of Appeals      Attn:  ( )   Civil
      For the Ninth Circuit
      Office of the Clerk                         (✓)  Criminal
      95 Seventh Street
      San Francisco, California 94103             ( )  Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:        CR 05-00261HG            Appeal No:   06-10573

Short Title:  USA vs. Troiano

Clerk's Files in ____1____     volumes  (✓) original  ( ) certified copy

Bulky docs       _____     volumes (folders)  docket #

Reporter's                     volumes  ( ) original  ( ) certified copy
Transcripts transcripts are available electronically
                 _____

Exhibits         _____     volumes  ( ) under seal

                 _____     boxes    ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos:146,147,148,149, 150, 151,154, 155,156,157,158,170 thru 179,199,200,202,212,213,214

Acknowledgment: _____  Date: _____

cc: counsel